1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2          FOR THE WESTERN DISTRICT OF WISCONSIN
 3     --------------------------------------------------
 4     GREGORY BOYER, as administrator of the
       Estate of Christine Boyer,
 5     and on his own behalf,
 6               Plaintiff,
 7        vs.            Case No. 20-CV-1123-jdp
 8     ADVANCED CORRECTIONAL HEALTHCARE, INC.,
       LISA PISNEY, AMBER FENNIGKOH,
 9     STAN HENDRICKSON, DANIELLE WARREN,
       SHASTA PARKER and MONROE COUNTY, WISCONSIN,
10               Defendants.
11     --------------------------------------------------
12     GREGORY BOYER, as Administrator of the
13     Estate of Christine Boyer,
       and on his own behalf,
14               Plaintiff,
15        vs.            Case No. 22-CV-723-jdp
16     USA MEDICAL & PSYCHOLOGICAL STAFFING,
17     NORMAN JOHNSON, TRAVIS SCHAMBER,
       WESLEY HARMSTON and JILLIAN BRESNAHN,
18               Defendants.
19     --------------------------------------------------
20          Deposition of KYLE MOGA, a witness in the
21     above-entitled action, taken at the instance of the
       Plaintiff, pursuant to notice of the examination
22     and service of subpoena on November 3, 2023,
       commencing at 11:04 a.m. at 112 South Court Street,
23     Sparta, Wisconsin, pursuant to applicable Wisconsin
       Statutes, before and reported by Nancy Johnson,
24     Registered Professional Reporter.
25                    * * * * *
```

2

```
 1                A P P E A R A N C E S
 2          STEPHEN H. WEIL
             LOEVY & LOEVY, 311 North Aberdeen
 3     Street, 3rd Floor, Chicago, Illinois, 60607,
       appeared as counsel for and on behalf of
 4     Gregory Boyer, as Administrator of the Estate
       of Christine Boyer and on is own behalf,
 5     Plaintiff.
 6          DOUGLAS S. KNOTT
             LEIB KNOTT GAYNOR, LLC, 219 North
 7     Milwaukee Street, Suite 710, Milwaukee,
       Wisconsin, 53202, appeared as counsel for and
 8     on behalf of Advanced Correctional Healthcare,
       Inc., Lisa Pisney and Amber Fennigkoh,
 9     Defendants.
10          ANDREW A. JONES
             HANSEN REYNOLDS, LLC, 301 North
11     Broadway Street, Suite 400, Milwaukee,
       Wisconsin, 53202, appeared, as counsel for and
12     on behalf of Stan Hendrickson, Shasta Parker,
       Danielle Warren and Monroe County, Defendants.
13
14          MARK W. HARDY
             GERAGHTY, O'LOUGHLIN & KENNEDY, P.A.,
15     Wells Fargo Place, 27th Floor, 30 East Seventh
       Street, St. Paul, Minnesota, 55101, appeared by
16     Zoom as counsel for and on behalf of USA
       Medical & Psychological Staffing, S.C., Norman
17     Johnson, Tavis Schamber, Wesley Harmston and
       Jillian Bresnahan, Defendants.
18          DANIEL KAFKA
             LEIB KNOTT GAYNOR, LLC, 219 North
19     Milwaukee Street, Suite 710, Milwaukee,
       Wisconsin, 53202, appeared by Zoom as counsel
20     for and on behalf of Advanced Correctional
       Healthcare, Inc., Lisa Pisney and Amber
21     Fennigkoh, Defendants.
22
23                    * * * * *
24
25
```

3

```
 1                I N D E X
 2
       Examination of KYLE MOGA
 3
 4     By ATTORNEY WEIL
       Examination . . . . . . . . . . . . . 3
 5
 6
 7                    * * * * *
 8
       There were no exhibits marked.
 9
10
11                    * * * * *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

```
 1     WHEREUPON,
 2                    KYLE MOGA,
 3          was duly sworn by the Notary Public and
 4          testified under oath as follows:
 5     BY MR. WEIL:
 6     Q    Good morning, Mr. Moga.
 7     A    Good morning.
 8     Q    I just introduced myself to you.  I'm Steve
 9          Weil.  I represent the Plaintiff in this case.
10     A    Okay.
11     Q    I want to start with a bit of your background.
12          Starting with, say, when you graduated from
13          high school.  I just need a thumbnail sketch.
14          Nothing too in depth.  So just walk me through
15          it, if you would?
16     A    Okay.
17     Q    Employment history and that kind of thing.
18     A    I graduated from Winona Senior High School in
19          Winona, Minnesota.
20     Q    What year?
21     A    2010.
22     Q    Okay.  Go ahead.
23     A    At that time I was a lifeguard at the local
24          swimming pool for the summers.  I then went to
25          work at Harley-Davidson in Winona and attended
```

**5**

1  Minnesota Southeast Technical College for two
2  years for gen eds. Then I went to Winona
3  State, got my bachelor's degree in criminal
4  justice, law enforcement. Then after that went
5  to Jellystone Campground and I lived out there
6  for a couple months when I went to police
7  academy.
8  Q  What year was that?
9  A  2015. And I worked out at Jellystone during
10    that time. And then graduated from Academy.
11    Got a job at Volk Field International Guard
12    Base for security forces, civilian. And then
13    went to, went and worked there for a little
14    bit. Went to UW-L, La Crosse, police
15    department for a little bit. Left there. Went
16    back to Volk Field. Came to Monroe County.
17    Worked here for a little over a year. Went
18    back to Volk Field. And then promoted. And
19    then started working at Dayton Freight and
20    that's where I currently am.
21  Q  You said Volk Field?
22  A  Yes.
23  Q  How do you spell that?
24  A  V-O-L-K. It's in Camp Douglas.
25  Q  And what is that?

**6**

1  A  It's an International Guard base, like a
2    training base.
3  Q  It's part of Camp Douglas?
4  A  Yeah. Camp Douglas is the town. Volk Field is
5    the base there.
6  Q  Got it. I started us off and I forgot to give
7    you all these admonitions that I usually do for
8    depositions. We're sitting here in a room.
9    But this -- you're under oath now and this is
10    essentially -- we should treat it like we're at
11    trial where there's a judge and a jury.
12  A  All right.
13  Q  So there's a few things that come with that.
14    One is there's a court reporter here.
15  A  Yes. Sorry.
16  Q  Not at all. You're doing great. Have you ever
17    testified in court before?
18  A  No, I have not.
19  Q  Have you ever testified at a deposition?
20  A  No.
21  Q  Okay. So the trick with a court reporter is it
22    changes our conversation a little bit.
23    Usually, you know, it's common for people to
24    talk over each other a little, anticipating the
25    answer, anticipating a question. We can't do

**7**

1  that here because the court reporter can't take
2  down two people talking at the same time.
3  A  Give her some time.
4  Q  That's right. Give her some time. Second rule
5  is, we can't -- nods of the head, which you're
6  giving me, which are fine in normal life, or
7  uh-huh, uh-uh, they don't work for the court
8  reporter, because she really can't take that
9  down. It's really hard for her to record a
10  gesture like that. And so instead, I ask you
11  to say yes, no, and then you can say whatever
12  you like after that, but just give a verbal
13  response like that that's clear for the court
14  reporter.
15  A  Okay.
16  Q  Does that make sense?
17  A  Yes.
18  Q  This isn't a memory test. I do not want you to
19  be guessing or speculating. However, I am
20  entitled to your best recollection and your
21  best estimate. Does that make sense?
22  A  Yes.
23  Q  I will try to be as clear as I can in asking
24  you questions.
25  A  Okay.

**8**

1  Q  If there is something that's confusing to you
2  or you don't understand something, please let
3  me know and I'll do my best to rephrase or
4  clarify what I'm talking about. Does that make
5  sense?
6  A  Yes.
7  Q  The flip side of that is, if you're answering a
8  question, I'm going to assume you understand
9  the question I'm asking.
10  A  Okay.
11  Q  Is that fair?
12  A  Yep.
13  Q  In terms of your recollection, you know, it's
14  common during a deposition or in conversation
15  that something jogs your memory, you may give
16  an answer and say I don't know at one point or
17  part of an answer, we're talking along and you
18  may -- something may come to your mind that has
19  to do with that question that you hadn't
20  thought of before. If that ever happens, we
21  can pause, whatever, go back and clarify that
22  answer or fill it in, or what have you. Does
23  that make sense?
24  A  Yes.
25      MR. JONES: Of everything he just said

**9**

1    to you, I've noticed already. Do your absolute
2    best to wait until he's done asking the
3    question until you begin to respond, okay?
4         THE WITNESS: Okay.
5 BY MR. WEIL:
6 Q  It's hard to do, what Mr. Jones just told you.
7    We will break that rule, I'll guarantee you,
8    but let's just both do our best, okay?
9 A  Understood.
10 Q  So I want to get a couple dates for the history
11    that you just gave me. You said you were a
12    lifeguard in the summers when you graduated
13    from high school, is that right?
14 A  Yes.
15 Q  You received, I would imagine, some life saving
16    training in that role?
17 A  Yeah. Pretty, pretty extensive training.
18 Q  And that training involved recognizing signs of
19    someone who is having a hard time breathing or
20    having a heart problem?
21 A  Basic, just basic life saving techniques.
22    Like, if somebody was choking they would, you
23    know, do that sign, or if they were having a
24    heart attack, maybe they would be saying my
25    chest hurts, or, just the basics.

**10**

1 Q  Was there an official training program you went
2    through? Something at a local community
3    college or anything like that?
4 A  We went through Red Cross for that job.
5 Q  Where was that?
6 A  That was held at the aquatic center itself, Bob
7    Welch Aquatic Center.
8 Q  And the training involved, you said choking
9    just now?
10 A  Yeah. CPR, AED, basic first aid and then
11    water, water saving.
12 Q  Pulling people out of the water?
13 A  Yeah, drowning.
14 Q  So pulling them out and saving them once they
15    are out?
16 A  Correct.
17 Q  And, in particular, CPR, AED?
18 A  Yes.
19 Q  And I know that you were involved in rescuing
20    Ms. Boyer from the records that we have in this
21    case. Were you ever involved in any rescue
22    similar to that?
23 A  Probably just when I was -- as a lifeguard.
24 Q  Did you ever give CPR other than to Ms. Boyer?
25 A  Other than Ms. Boyer?

**11**

1 Q  Um-hum.
2 A  Not that I recall.
3 Q  What did you do to prepare -- well, let me back
4    up. Any other training that you had in life-
5    saving at any of those other roles?
6 A  I've gone through quite a bit of training
7    through Police Academy, uhm, but it's mainly
8    just the same amount of training, just
9    refreshers for the same type of training, but
10    refreshers.
11 Q  So the same type of CFR, AED training and that
12    kind of thing?
13 A  Yep.
14 Q  And that would have been in 2015?
15 A  Yes.
16 Q  And you received refreshers after that?
17 A  Not that I -- as pertaining to the jail or
18    anywhere else, no, not that I recall.
19 Q  No training at the Monroe County Jail regarding
20    CPR or AED?
21 A  Not that I can remember.
22 Q  Did you receive any training at the jail that
23    you recall?
24 A  Yeah. We had, like, use of force training,
25    POSC. There was, like, an Alzheimer's

**12**

1    awareness training, computer training. Uhm, we
2    did yearly trainings. I don't remember exactly
3    every training that we did, or -- mainly I can
4    remember POSC and, like, restraint, doing the
5    restraint chair kind of thing.
6         MR. JONES: POSC is P-O-S-C?
7         THE WITNESS: Yes.
8 BY MR. WEIL:
9 Q  Remind me if you could, as I'm writing down
10    fairly quickly your history. When did you
11    become a guard at the Monroe County Jail?
12 A  I want to say 2019, I believe.
13 Q  About when in that year?
14 A  Earlier on in the year. I don't remember
15    exactly.
16 Q  That's fine. You had been there for at least
17    several months by the time of the Boyer
18    incident?
19 A  Yeah, that's correct.
20 Q  And when did you leave Monroe County Jail?
21 A  2000 -- early 2020.
22 Q  About how long after the Boyer incident did you
23    leave the jail, would you estimate?
24 A  Let's see. Between two and four months.
25 Q  What did you do to prepare for your deposition

13

**1** today, Mr. Moga?

**2 A** Just had predeposition with my lawyers and that

**3** was about it.

**4 Q** Okay. So you met with your lawyers?

**5 A** Yes.

**6 Q** I'm not going to ask, and I don't want you to

**7** tell me anything, the substance of the

**8** conversation you had with your lawyers. Can

**9** you tell me when you met with them?

**10 A** One, one time was when we first were going to

**11** schedule this deposition about a year ago. And

**12** then a few days ago.

**13 Q** Meeting in person? Over the phone? Zoom?

**14 A** First time it was in person. Actually, I think

**15** there might have been a second time over, over

**16** Zoom. And then this most recent time, so three

**17** times.

**18 Q** Okay.

**19 A** The third time was over video chat.

**20 Q** Did you review any documents to prepare for

**21** your deposition today?

**22 A** Yes.

**23 Q** Can you tell me which ones you reviewed?

**24 A** The Cell Check Log, my Supplemental Report, and

**25** the Master Control Log.

14

**1 Q** Anything else?

**2 A** I don't believe so.

**3 Q** Any emails or correspondence you might have

**4** reviewed?

**5 A** Oh, yes. There was an email that somebody had

**6** sent out about medication being dropped off by

**7** Mr. Boyer.

**8 Q** Anything else?

**9 A** No.

**10 Q** Do you have an independent recollection of --

**11** well, let me back up. You talked about the

**12** Supplemental Report that you did. I'm going to

**13** hand you what's been previously marked as

**14** Exhibit 41.

**15 A** Do you want me to look at all of the reports or

**16** just mine?

**17 Q** My first question is just, is this the document

**18** you reviewed?

**19 A** Not this one, no. I have reviewed just mine.

**20 Q** Just your report?

**21 A** Yes.

**22**          MR. JONES: Last page.

**23** BY MR. WEIL:

**24 Q** So the only report you reviewed was yours and

**25** not these other reports, is that right?

15

**1 A** Correct.

**2**          MR. JONES: Which exhibit did you say

**3** this was?

**4**          MR. WEIL: This is 41.

**5**          MR. JONES: Thank you.

**6** BY MR. WEIL:

**7 Q** This report involves this event, this medical

**8** event with Christine Boyer, correct?

**9 A** Correct.

**10 Q** I'll ask you to set it aside in your mind. You

**11** can close it. I want to ask you if you have an

**12** independent recollection of that medical event.

**13** Setting aside what you reviewed, discussions

**14** with your lawyers, is this something in your

**15** mind you remember?

**16 A** Yes. Yes.

**17 Q** What can you tell me? Maybe we'll back up a

**18** little. You said you reviewed the Cell Check

**19** Log?

**20 A** That's correct.

**21 Q** Why don't we start with your presence in the

**22** jail on the day of the event? It's early

**23** morning hours of December 23rd, correct?

**24 A** I believe so, yes.

**25 Q** Can you tell me why -- what shift you were on

16

**1** at the jail at that time?

**2 A** Typically I worked night shift, so six p.m. to

**3** six a.m.

**4 Q** Okay. So that would have been six p.m. on the

**5** 22nd to six a.m. on the 23rd?

**6 A** Correct.

**7 Q** And that was your shift, that time you were

**8** there?

**9 A** It should have been, yeah. That's my normal

**10** hours.

**11 Q** Do you have a recollection of what your routine

**12** was that day? What you did on the shift?

**13 A** I was working housing or back in housing doing

**14** cell checks.

**15 Q** Maybe I'll ask it a little bit more. Let's

**16** walk through the shift. You would get there at

**17** six p.m. Where do you go?

**18 A** You would get your radio or keys or whatever

**19** you need in booking and you come in. You would

**20** go and get your radio from Master Control

**21** through the little slot and whatever keys you

**22** need and then you would walk back to housing.

**23 Q** So you -- job starts. Pull into the parking

**24** lot. You walk into booking?

**25 A** Correct. Or you walk into the sally port, then

17

1    into the initial booking area and then the big
2    booking area.
3  Q  Okay.  So you walk into the booking area.  You
4    said you get a radio from the Master Control?
5  A  Yep.
6  Q  And then you walk into housing, is that right?
7  A  Yeah.  Radio, keys, whatever else you may need
8    and then you walk through booking down the long
9    housing hallway and then up into housing
10   control there.
11 Q  Were there specific assignments that you had on
12   that shift in terms of where you were in the
13   jail?
14 A  No.  It could differ every day.  Just whatever
15   everybody wanted to do.
16 Q  How many folks were at the jail on any one
17   shift?
18 A  Usually about four, because you needed somebody
19   for Master Control, booking, and then at least
20   two in housing, so five would have been ideal
21   to have, but usually four to five.
22 Q  All right.  And do you recall where you were
23   after walking to booking, getting the radio
24   from Master Control, where you spent that
25   shift?

18

1  A  Housing.
2  Q  Were you there the entire time?
3  A  Other than.
4  Q  Leading up to Ms. Boyer's event.  I understand
5    that changed things, but leading up to the
6    medical event she had?
7  A  Yes.
8  Q  What were you doing in housing during that
9    time?
10 A  Just normal housing duties.  I would do cell
11   checks every hour.  Get inmates things that
12   they need.  Fill out -- what are they called?
13   Inmate Request Forms, or take them, or do mail,
14   sort out mail and hand out mail, depending on
15   if it was the day for that.
16 Q  I would imagine it's a bit more quiet much of
17   the shift, just because folks are in bed?
18 A  Yeah.  Usually after, I think 10:00 o'clock was
19   the lockdown.  And then after that everyone
20   would settle in, at least in the pods.
21 Q  I broke the rule there.  So they are in their
22   pods.  So before ten, folks are out in the
23   milieu.  Generally there might be some people
24   in cells, but people are in the milieu and then
25   at ten there's a lockdown?

19

1  A  What's a milieu?
2  Q  Out in the pod?
3  A  Yeah, before 10:00 o'clock, yeah.  They can
4    kind of come and go as they please and then at
5    10:00 o'clock they are in their cells, doors
6    are locked.  Other than the, like the -- what
7    do they call it?  The nonpod units where they
8    are in the dorms.  Then they are able to be
9    free.  They don't have to lock down anywhere.
10   They can sleep or stay up.
11 Q  Okay.  Do you recall, other than the event with
12   Ms. Boyer, which sticks in your mind, is there
13   anything else from that shift up to then that
14   you remember, in particular?
15 A  Let's see.  I remember -- are you talking about
16   for that day?
17 Q  Yeah.  That shift.  So you get there at six.
18   Between shift -- we'll get to the emergency of
19   Ms. Boyer.  From the --
20 A  Shift and the emergency.
21 Q  From the shift to the emergency, do you have
22   any recollection of anything in particular?
23 A  Not that I can recall.  I think it was just
24   everything as usual.
25 Q  Just a normal night at the jail?

20

1  A  Yeah.  Nothing that sticks out.
2  Q  Do you recall any particular -- again, we're
3    setting aside Ms. Boyer.
4  A  Yep.
5  Q  From the time you're called, we are setting
6    that aside.
7  A  Yep.
8  Q  Before that, do you recall interacting with any
9    particular employees at the jail, either
10   medical or correctional staff?
11 A  Not that I can recall.  I mean, other than just
12   your normal interactions, just day to day.
13 Q  Do you recall an inmate named Danny Dake?
14 A  No, I do not.
15 Q  Do you recall someone receiving wound care at
16   the time of the shift?
17 A  Danny Dake, no, I don't.
18 Q  Forgetting a name, do you recall anybody
19   receiving special medical care during the
20   shift?
21 A  Not that I can recall, no.
22 Q  Is there a place -- if someone were receiving
23   special medical care, or, you know, they had
24   wounds or something like that, is there a
25   special place they would be housed in the jail?

21

| | | |
|---|---|---|
| 1 | A | They are kind of all over.  There are some |
| 2 | | inmates that had certain issues or medical |
| 3 | | issues that they would come to the nursing |
| 4 | | office and get their medical issue taken care |
| 5 | | of and then be sent back to wherever they are, |
| 6 | | wherever they are housed. |
| 7 | Q | And then the other folks would be in booking, I |
| 8 | | assume, if they had a medical issue? |
| 9 | A | Yeah.  If it was something that needed to be |
| 10 | | closely, or closer looked at, yeah. |
| 11 | Q | Were nurses out in the general population area |
| 12 | | of the jail or were inmates brought to them? |
| 13 | A | They were out in the general population if they |
| 14 | | were doing med pass. |
| 15 | Q | And that's when they were -- I'm sorry.  Go |
| 16 | | ahead. |
| 17 | A | I'm sorry.  Other than that, they were in their |
| 18 | | -- in the nurse's office. |
| 19 | Q | And where was the nurses's office in relation |
| 20 | | to booking? |
| 21 | A | Halfway in between booking and housing. |
| 22 | Q | Do you recall seeing Amber Fennigkoh at any |
| 23 | | point in that shift? |
| 24 | A | I don't recall seeing her, but, I mean, she was |
| 25 | | there usually for a little bit after our shift |

22

| | | |
|---|---|---|
| 1 | | had started. |
| 2 | Q | Okay. |
| 3 | A | For night shifts. |
| 4 | Q | So you would typically overlap with her at some |
| 5 | | point at the beginning of your shift? |
| 6 | A | Yeah. |
| 7 | Q | She would be essentially completing her shift |
| 8 | | and you would be beginning yours? |
| 9 | A | Correct. |
| 10 | Q | Do you recall seeing her on Sunday the 22nd? |
| 11 | A | No, I do not. |
| 12 | Q | Let's talk about the medical event with Ms. |
| 13 | | Boyer.  What do you remember from -- when did |
| 14 | | you learn about that event? |
| 15 | A | I remember Sergeant Warren calling for |
| 16 | | assistance.  I think it was Jeff Schwanz, him |
| 17 | | and I came down to booking.  Danielle was in |
| 18 | | her -- or, in Kristine's cell. |
| 19 | Q | Let me slow you down just for a sec.  Do you |
| 20 | | remember where you were -- |
| 21 | A | Oh. |
| 22 | Q | -- when you got that call? |
| 23 | A | Housing. |
| 24 | Q | Do you remember how -- just any particular |
| 25 | | spot?  Did you have a long way to go? |

23

| | | |
|---|---|---|
| 1 | A | Just down the hallway. |
| 2 | Q | Okay. |
| 3 | A | It's a decent amount of space to cover from |
| 4 | | housing to booking, but it's nothing too crazy. |
| 5 | Q | Sure.  Give me an estimate.  Just 20 feet? |
| 6 | | Hundred feet? |
| 7 | A | I would say between 50 and 100 feet. |
| 8 | Q | And you got a call over the radio.  The radio |
| 9 | | that you had on you? |
| 10 | A | Correct. |
| 11 | Q | Approximately, and what were you told? |
| 12 | A | I don't remember the exact wording, but it was |
| 13 | | enough to have us respond from housing to |
| 14 | | booking in an emergent manner. |
| 15 | Q | You knew it was an emergency? |
| 16 | A | Yeah. |
| 17 | Q | Is there a code that's called, or anything like |
| 18 | | that? |
| 19 | A | No.  A lot of plain talk. |
| 20 | Q | And that was Danielle Warren calling you? |
| 21 | A | Yes. |
| 22 | Q | So you were -- I cut into your, what you were |
| 23 | | narrating.  Go ahead. |
| 24 | A | We responded to booking to where Danielle was, |
| 25 | | and I don't remember which booking cell, but |

24

| | | |
|---|---|---|
| 1 | | one closer to the main booking door from |
| 2 | | housing. |
| 3 | | I saw Christine on the floor, laying |
| 4 | | on her back.  Danielle was trying to -- was |
| 5 | | saying her name.  I don't remember if she was |
| 6 | | shaking her or not.  I pulled out my flashlight |
| 7 | | and aimed it at Christine so I could get a |
| 8 | | better view, because it's not really super |
| 9 | | bright in there at night.  And I saw that she |
| 10 | | was gasping for air.  She was discolored in the |
| 11 | | face and her eyes were open.  She was gasping |
| 12 | | for air. |
| 13 | | So I told Danielle to get an AED.  I |
| 14 | | radioed to Master to call 911.  And then I |
| 15 | | asked for a shears.  Somebody brought me a |
| 16 | | shears or scissors or something.  I cut |
| 17 | | Kristine's clothing off so that she was exposed |
| 18 | | so that I could put AED pads on her.  Started |
| 19 | | CPR.  Eventually the AED got there.  I put the |
| 20 | | AED on. |
| 21 | | Sorry if I'm going too fast. |
| 22 | | Put the AED on.  Listened to the AED. |
| 23 | | It said shock advised.  I shocked her.  We |
| 24 | | pulled her out into the, the commons, booking, |
| 25 | | so there was more room to work on her.  By that |

25

**1** time Alex Maas and Fritz Degner, they came to
**2** help take over CPR. Maas took over CPR.
**3** Degner and I went back and forth on the bag
**4** valve mask for her, to get air in her. And I
**5** remember EMTs arrived. They took over care.
**6** They did what they did. And then eventually
**7** she got taken to the hospital from the
**8** ambulance.
**9** **Q** When you first saw Christine as you described,
**10** did anything in your training indicate what
**11** sort of problems she might be having?
**12** **A** Nothing in my training, but just recognizing
**13** that she wasn't -- that I could tell she wasn't
**14** breathing. That she was gasping for air. It
**15** just, it made me realize that there was an
**16** emergency and that I needed to at least get an
**17** AED on her to figure out if there was a heart
**18** rhythm or something like that. And if she's
**19** not breathing, that's going to tell me that she
**20** needs CPR.
**21** **Q** You report, in your report you note that her
**22** face, you saw her facing turning purple?
**23** **A** Purple, red.
**24** **Q** Is that consistent with what you remember?
**25** **A** Yeah, yep. Discolored.

26

**1** **Q** Did that have any indication to you, in light
**2** of your training, life saving training, about
**3** any problems she might be having?
**4** **A** Just that she -- not any specific training that
**5** I can remember that would tell me that that's
**6** going to be because of -- or that her face is
**7** discolored, so that means this. But just
**8** knowing that she wasn't getting air and that
**9** her face was turning color would indicate to me
**10** that she's not, she's not getting air and she's
**11** losing some kind of circulation.
**12** **Q** You said eventually EMTs showed up?
**13** **A** Yes.
**14** **Q** Did you ever speak with any of them?
**15** **A** Not that I recall.
**16** **Q** Do you know, do you recall who might have
**17** spoken with them?
**18** **A** No, I don't. As soon as they took over, we,
**19** or, I just kind of stepped back and let them
**20** take over because they can give better care.
**21** **Q** What happened when the EMTs showed up after
**22** that?
**23** **A** Such as? Or what do you mean?
**24** **Q** What did you do? Or what were you doing?
**25** **A** I was holding Cristine's head back so that her

27

**1** airway could stay open, while Fritz was running
**2** the bag valve mask trying to get air in her.
**3** **Q** Eventually the EMTs wheel her out?
**4** **A** Yes.
**5** **Q** Do you know -- the helicopter arrives at some
**6** point, correct?
**7** **A** I wasn't aware.
**8** **Q** You didn't know one way or the other?
**9** **A** Uh-uh.
**10** **Q** The end of your report says, and feel free to
**11** look at it. I'm on Exhibit 41. It says, after
**12** paramedics left the jail, I followed up with
**13** jail staff on shift to make sure everyone was
**14** okay. Do you see that?
**15** **A** Yep.
**16** **Q** Can you tell me what you meant by that?
**17** **A** So I just did like a small debrief, like a
**18** quick debrief with everybody. I went around
**19** and made sure that everybody was okay, because
**20** I know Sergeant Warren was a little shook up
**21** by the incident, so I checked in with her to
**22** make sure she was doing okay. Checked in with
**23** Jeff. And I don't know if I talked to Lucas or
**24** not. I think he was in Master Control, but
**25** everybody that was there for it, I tried to

28

**1** check each person, make sure that they were
**2** doing okay.
**3** **Q** Was everybody kind of shook up?
**4** **A** I think a little bit. I think Sergeant Warren
**5** was probably the most shook up. Emotional.
**6** **Q** How so?
**7** **A** She was crying and a little distraught, I
**8** guess, or flustered. Distraught, I would say.
**9** **Q** Do you remember anything she said?
**10** **A** No, I don't.
**11** **Q** You said you checked in with Jeff?
**12** **A** Yeah.
**13** **Q** And, I'm sorry, I'm forgetting everyone's
**14** names.
**15** **A** Jeff Schwanz.
**16** **Q** Jeff Schwanz?
**17** **A** Yep.
**18** **Q** Jeff Schwanz was in housing with you, right?
**19** **A** Yeah.
**20** **Q** So you were two of the first people to respond?
**21** **A** Yeah. Danielle and then him and I were the
**22** only ones left in the jail other than Lucas in
**23** Master Control, but he's not able to leave.
**24** **Q** Do you remember how Jeff was doing?
**25** **A** He seemed to be calm and collected, like he

29

1    usually is.
2  Q  Did he say anything about how he felt?
3  A  Not that I recall, no.
4  Q  Anybody else to check in with?
5  A  No.
6  Q  How were you doing?
7  A  My adrenalin was pumping and I was definitely
8     aware of the situation and everything going on,
9     but I was calm and able to finish what I was
10    doing.
11 Q  What happened after you do this check and the
12    paramedics have left?  What happens after that?
13 A  I remember talking with, or noticing all of the
14    equipment on the floor and the cell being open
15    and just saying, like, hey, we just need to,
16    like, leave the stuff where it is right now.  I
17    think I told Sergeant Warren that.
18 Q  Why did you think that?
19 A  Just because it was a serious incident and I
20    figured that, I didn't know how -- where
21    everyone was with their thinking, because it
22    was a big incident for the jail.  And I just
23    wanted to make sure everybody left everything
24    until Stan or Ryan came in, or whoever was able
25    to take over.

30

1  Q  After you did that, what happened?
2  A  I don't recall.  I'm pretty sure everything was
3     left there.
4  Q  And what did you do after that?
5  A  I don't recall.
6  Q  Did you return -- do you recall returning to
7     housing at any point during that shift?
8  A  I don't recall, but I know that if something
9     like that were to happen, like, we always go
10    back to taking care of our job duties.  We have
11    to.
12 Q  Do you remember anybody -- you said Stan or
13    Ryan.  That's Stan Hendrickson and Ryan
14    Hallman, is that right?
15 A  Correct.
16 Q  Do you remember any of them arriving at the
17    jail at any point?
18 A  I don't remember, no.
19 Q  Do you remember talking with anybody else
20    during that shift about what had happened?
21 A  I don't remember, no.
22 Q  Did your shift end at six a.m. as scheduled?
23 A  It should have.  If it didn't, there might have
24    been overlap or something like that.
25 Q  Go ahead.

31

1  A  Sorry.  If we work overtime, our shift works
2     until ten a.m.  It's like a four hour -- we
3     just do, like, 16-hour shifts is the longest we
4     would work over.
5  Q  Do you have any memory about anything that
6     happened at the jail after the incident with
7     Ms. Boyer that you've talked about so far?
8  A  No, I do not.
9  Q  You don't remember talking with anybody about
10    that shift?
11 A  No.
12 Q  You don't remember speaking with Stan
13    Hendrickson or Ryan Hallman?
14 A  Not that I recall, no.
15 Q  Anybody else you might have spoken with?
16 A  Not that I can think of.
17 Q  Do you see Amber Fennigkoh on that shift at any
18    point?
19 A  After the incident until I left?
20 Q  We're just talking about this one shift, yes.
21 A  Oh, just the one shift.  No, I don't recall.
22    No, not during that shift, no.
23 Q  So the shift ends.  I understand -- as you
24    know, I've deposed Shasta.
25 A  Yep.

32

1  Q  Now Shasta Moga.
2  A  Yep.
3  Q  Congratulations.
4  A  Thank you.
5  Q  As I understand it from the deposition, you two
6     were not married at that time, correct?
7  A  Correct.
8  Q  But you were living in the same place?
9  A  Yeah, I believe so.  I believe so, yeah.
10 Q  Do you remember speaking with her at all on the
11    shift instead of calling home or anything like
12    that?
13 A  Not that I can recall.
14 Q  After the shift ends, what's the next time that
15    you have -- do you end up at the jail?
16 A  I don't remember.  It should have been, I
17    guess, my next scheduled date to work.  I'm not
18    sure.
19 Q  You filled out the report there on Exhibit 41.
20    When were you informed that you should do that?
21 A  Usually we want to get it typed out as fast as
22    or as soon as we can while the information is
23    fresh in our minds.  So I don't know an exact
24    date or time, but.
25 Q  Where would you type this information out,

33

| | | |
|---|---|---|
| 1 | | physically?  Where would you be doing that? |
| 2 | A | At one of the work computers. |
| 3 | Q | Is that in booking or somewhere else? |
| 4 | A | It could have been either, either housing or |
| 5 | | booking. |
| 6 | Q | So you would sit down at a computer and type |
| 7 | | this out? |
| 8 | A | Correct. |
| 9 | Q | Did anybody tell you that you should do that? |
| 10 | A | Not that I remember. |
| 11 | Q | There's, and how -- there's a -- if you look at |
| 12 | | the, your report, you know, it has a format |
| 13 | | here with Monroe County Sheriff's at the top. |
| 14 | | It has some information here at the bottom.  Is |
| 15 | | that information, did you -- I guess the |
| 16 | | question is, what sort of form did you type |
| 17 | | this out on? |
| 18 | A | I'm not sure.  I have no idea. |
| 19 | Q | Did you type out other reports than this one |
| 20 | | during your time at the Monroe County Jail? |
| 21 | A | Yeah, I have. |
| 22 | Q | Can you just tell me how that works?  In terms |
| 23 | | of, do you have a computer with a little window |
| 24 | | you do typing stuff in?  Is it a Word document |
| 25 | | that you sent to Buddy?  Whatever it might be? |

34

| | | |
|---|---|---|
| 1 | A | I honestly, I can't even remember what we typed |
| 2 | | it on.  I see that it's, like, got the heading |
| 3 | | and everything.  I just, I can't remember if, |
| 4 | | at the jail, if we used a certain, like, |
| 5 | | software or application or something like that. |
| 6 | | I can't quite remember. |
| 7 | Q | And do you remember -- there's a time stamp |
| 8 | | here that I see.  12/27/19, 21:38.  Do you see |
| 9 | | that? |
| 10 | A | Yes. |
| 11 | Q | And is that consistent with your recollection |
| 12 | | of when you typed this out? |
| 13 | A | Yeah, that would make sense.  That would make |
| 14 | | sense, yeah.  So it would be a few days after. |
| 15 | Q | Okay. |
| 16 | A | And 9:38 would have been -- if that's the date |
| 17 | | -- if I was working that shift, that day, |
| 18 | | that's congruent with, with the six a.m. to six |
| 19 | | p.m. when I would have been working. |
| 20 | Q | At the top again, in this sort of format |
| 21 | | section, above the report, do you see a -- it |
| 22 | | says, Case Scenario for SO-CR 192109.  Do you |
| 23 | | see that? |
| 24 | A | Yep. |
| 25 | Q | Do you understand what that designation refers |

35

| | | |
|---|---|---|
| 1 | | to? |
| 2 | A | A case number. |
| 3 | Q | And what is a case number?  What is that? |
| 4 | A | It's just a, a set of numbers and letters for a |
| 5 | | specific incident. |
| 6 | Q | So a specific incident that's being |
| 7 | | investigated will be assigned a case number? |
| 8 | A | I would think any, any incident would have a |
| 9 | | case number.  So any time you need to write a |
| 10 | | report, there would be a case number for it. |
| 11 | Q | How did you know, or, I'm trying to connect |
| 12 | | your writing of the report with this case |
| 13 | | number.  How did you know that there would be a |
| 14 | | case number, or did you know?  How did that |
| 15 | | work? |
| 16 | A | Usually, like, our Sergeant would give us that |
| 17 | | information.  If there was, if there was a |
| 18 | | case, if there was a report that needed to be |
| 19 | | written, they would let us know what the case |
| 20 | | number would be. |
| 21 | Q | Okay.  So your Sergeant would say something to |
| 22 | | the effect of, we need you to write a report |
| 23 | | about X incident.  Here is the case number for |
| 24 | | it? |
| 25 | A | I believe so. |

36

| | | |
|---|---|---|
| 1 | Q | Is that the best you recall? |
| 2 | A | Yeah.  I can't quite remember the specifics of |
| 3 | | how we did that. |
| 4 | Q | Do you remember who might have asked you to |
| 5 | | write this report? |
| 6 | A | I do not. |
| 7 | Q | Do you remember who would typically ask you to |
| 8 | | write a report like this? |
| 9 | A | Not specifically.  I mean, it's possible too |
| 10 | | that I wrote it in a Word document and then put |
| 11 | | it in, or gave it, or submitted it to my |
| 12 | | Sergeant. |
| 13 | Q | Would you just do that of your own volition as |
| 14 | | in no one told you to write it.  You just |
| 15 | | started writing a narrative of what happened? |
| 16 | A | Yeah. |
| 17 | Q | Well, was that a common practice for you? |
| 18 | A | If we're involved in an incident, yeah. |
| 19 | Q | Okay.  If it was in a Word document, where |
| 20 | | would you have done that?  Would you have done |
| 21 | | that at the jail? |
| 22 | A | Yeah. |
| 23 | Q | Would that Word document be saved somewhere? |
| 24 | A | I can't remember if it was, because we had a |
| 25 | | system -- I can't remember what it was called |

37

1    -- that we would -- there would be a lot of,
2    like, information for, like, inmates and stuff
3    like that, and it was kind of like a catchall
4    that you could upload, like, reports and other
5    information to, so if that was there at that
6    time, then that's -- I could have done that,
7    written up a Word document and put it to that.
8  Q  Do you think that's what happened?
9  A  That's -- possibly.
10 Q  Do you recall anybody talking with you about
11    this case, the case number that's reflected
12    here?
13 A  I do not.
14 Q  Were you ever -- did you ever speak with Jeff
15    Spencer?
16        MR. JONES:  About this incident?
17        MR. WEIL:  Yes.
18 A  Spencer?
19 Q  Let me back up.  Do you know who Jeffrey
20    Spencer is?
21 A  The name sounds familiar, but I can't -- I'm
22    not sure who he is.
23 Q  Was there anybody who came to you in sort of an
24    investigative capacity about the Boyer
25    incident?

38

1  A  Not that I recall.
2  Q  So no one -- you don't recall anybody
3    interviewing you in any capacity about the
4    Boyer incident?
5  A  No.
6  Q  You wrote this report about the Boyer incident.
7    Did you have any other interaction with any
8    supervisors or anybody like that sort of about
9    the incident and what happened?
10        MR. JONES:  Objection to form.  You
11    can go ahead.
12 A  At some point, possibly, but I don't remember a
13    specific sit-down conversation with anybody.
14 Q  Okay.  Who was your supervisor at the jail?
15 A  A direct supervisor?
16 Q  Sure.  Let's start there.
17 A  So Sergeant Warren.
18 Q  Danielle Warren?
19 A  Yep.
20 Q  Did you ever speak with her about this
21    incident, other than we talked about right
22    there at the time where you're making sure
23    she's okay.  Any other time?
24 A  Not that I can recall.  It's not something that
25    I really talked freely about, because I

39

1    understood the severity of the incident.  And
2    also it was something that we all dealt with,
3    so if we did talk about it, it was, hey, how
4    are you doing?  Are you doing okay, like,
5    mentally, emotionally.  It wasn't the specifics
6    of the case or anything like that.  It was more
7    about personal well-being.
8  Q  I understand.  So talking with the people who
9    were there?
10 A  Yeah.
11 Q  And seeing how they are doing?
12 A  Yep.
13 Q  So those conversations continued after this
14    shift that you were on?
15 A  If they did, that's the only thing I think that
16    I would have talked about.  I don't know for
17    sure if it was talked about.  I'm sure at some
18    point it was talked about, whether it was with
19    Danielle or Ryan or Stan, but I just don't
20    remember the exact -- if -- I don't remember a
21    time that it was talked about.  Like a specific
22    time, like they pulled me into their office to
23    talk about it.  I don't remember if that
24    happened or not.
25 Q  Here's what I think you're saying, and you can

40

1    correct me if I'm wrong.  You remember there
2    might have been general conversations about it
3    after the shift in sort of an emotional
4    capacity or the human capacity?
5  A  Yes.
6  Q  You're not sure exactly when those
7    conversations occurred, is that fair?
8  A  Correct.
9  Q  And you may remember having those conversations
10    with the folks that were there that night,
11    right?
12 A  Correct.
13 Q  And then did you also have conversations like
14    that with anybody else, like Stan Hendrickson
15    or Ryan Hallman?
16 A  I can't, I can't remember if there was a time.
17    I mean, it wouldn't be, it wouldn't be wild to
18    have talked about them or talked with them
19    about the incident, because they are also my
20    supervisors, but I just don't remember a
21    specific time.
22 Q  I would imagine your boss would want to know if
23    you're doing okay?
24 A  Right.  Right.
25 Q  Was that something that occurred?

41

1    A    Not that I, not that I recall.
2    Q    There was some correspondence a few days after
3         that's been produced in the documents that have
4         been gathered in this case, but a critical
5         incident debrief, kind of a group meeting.  Is
6         that familiar to you at all?
7    A    Not that I can remember.
8    Q    Did you go to anything, any sort of a group
9         meeting where this was discussed?
10   A    The only thing I talked about was with a
11        chaplain from Monroe County.
12   Q    Did a chaplain come to the jail?
13   A    No.
14   Q    Okay.  Where did you meet with the chaplain?
15   A    I met with the chaplain -- where was it?  I
16        think it was in the basement conference room of
17        the, of the jail, but it was on my off time.
18   Q    Okay.  Were you informed -- did you just happen
19        across this chaplain or were you informed that
20        the chaplain would be available?
21   A    We had -- I had a card from the chaplain in my
22        wallet.  And I remembered that we had a
23        chaplain for Monroe County, so I contacted him
24        to talk about how I was doing.
25   Q    You called up the chaplain --

42

1    A    Yeah.
2    Q    -- and asked him to come in and talk about how
3         you were doing?
4    A    Correct.
5    Q    Was this pretty hard on you?
6    A    Yes.  I mean, at first, and it was kind of a
7         sensitive time of the year.  It was a high-
8         stress situation, so I was -- it weighed on me.
9    Q    I'm going to show you a document.  It's been
10        marked as Exhibit 13 in this case.  Take a
11        minute to read.  It's an email chain between
12        Danielle Warren and Shasta and just take a
13        minute to read it.  And I have a couple
14        questions for you.  And you can tell me when
15        you're ready, Mr. Moga.
16   A    Okay.
17   Q    Take your time.
18   A    Okay.
19   Q    There's two emails here where Shasta is
20        describing how you were handling this.
21   A    Yeah.
22   Q    Do you think those are accurate, or pretty
23        accurate reflections on how you were feeling?
24   A    Yeah.  I don't -- so reading these, it sounds
25        like there also might have been other things

43

1         going on that I was stressing out about as
2         well.  And then this is, I mean, obviously this
3         was a big situation for me.  But, yeah, that
4         seems -- it was definitely accurate.
5    Q    Okay.  I want to direct you to the first email
6         from Shasta, the one, well, let me back you up.
7         It sounds also, like, I'm inferring from this,
8         that you guys talked quite a bit about this, is
9         that fair?
10   A    We didn't really talk about it outside of work
11        or even at work.  It was more so, she knew what
12        I was going through.  I mean, she was there for
13        part of it.  Well, not the emergency part, but
14        at some point, I mean, we talked about how I
15        was doing with everything.  And she had heard,
16        you know, from working at the jail too, what
17        was going on, but we didn't really have much to
18        say about it outside of work, because it wasn't
19        something I wanted to sit and talk about.  And
20        she didn't push me to say -- push it on me
21        either to talk about it.
22   Q    Shasta was -- you overlapped with Shasta during
23        your shift, right?  On the 22nd?
24   A    I believe so.  I think that, that document that
25        we went over said that I worked --

44

1              MR. JONES:  Just answer his questions.
2              THE WITNESS:  Okay.  Sorry.  I'm a
3         first-timer.
4    BY MR. WEIL:
5    Q    That's okay.  Do you remember Shasta talking to
6         you about how, or her interactions with Ms.
7         Boyer and what happened on her part of the
8         shift?
9    A    I don't remember the specifics, no.  Or if she
10        did or not.
11   Q    Okay.  Do you remember her talking about her
12        trying to tend to Ms. Boyer's medical condition
13        at all?
14   A    I believe I was there when she had called the
15        doctor.  I think I was standing at the door
16        with Christine.  Is that what you mean?
17   Q    Is that where you were when she called?
18   A    I believe I was standing at the door when she
19        had to go make the phone call so that she
20        wasn't just left by herself.
21   Q    Okay.  So we've gone over your shift earlier?
22   A    Um-hum.
23   Q    Are you referring to when Shasta made a call to
24        the doctor -- let me back up.  Shasta left the
25        jail hours before Ms. Boyer's medical incident,

45

1  right?
2  A  Correct.
3  Q  And so what you're referring to is a call that
4     she made several hours before the medical
5     incident that we just talked about, correct?
6  A  Correct.
7  Q  I understood from what you told me earlier that
8     you were in housing the whole time.  It sounds
9     like, now that we're getting some particulars,
10    that maybe it was a point at which you weren't
11    in housing?
12 A  Yes.
13 Q  Okay.  Tell me about that.
14 A  So it's normal for inmates in housing to need
15    something, whether it's a different pair of
16    sandals or something out of their property that
17    they are able to have, so we're the ones that
18    go get it in the booking area, which was also
19    where the property room is.  So we kind of go
20    back and forth.
21 Q  Okay.  So if I understand you correctly, some
22    inmate in housing wanted something from their
23    property or was asking you for something from
24    their property.  You went to see about getting
25    it?

46

1  A  Yeah.  Yeah.
2  Q  Okay.
3  A  There's a proper channel of how to get it.
4     Like a request form, stuff like that, but once
5     that's all okay, like, we're the ones that go
6     and retrieve it.
7  Q  In that event, tell me what you recall.  It
8     sounds like you had some sort of interaction
9     with Ms. Boyer or Shasta at that time?
10 A  I don't remember exactly why I was down there,
11    because we can float around quite a bit,
12    especially since there's not always a lot of
13    people, staff working.  So whenever, if I was
14    down there, then I would have helped out in the
15    situation, if somebody needed an extra hand or
16    something like that, like I would be able to
17    kind of be floating around there.
18 Q  I understand.  Do you recall being down there
19    at some point during that evening?
20 A  At some point, yes.
21 Q  Tell me about it.
22 A  So I remember being in the doorway, sitting,
23    or, standing there while Christine was sitting
24    on her bed.  And Shasta had gone.  I don't
25    remember how it started.  I just remember being

47

1     there.  Shasta had to go call the doctor on a
2     Protocol and then that's, that's all I
3     remember.
4  Q  What's a Protocol?
5  A  So a Protocol is a medical form, and we had a
6     list of them for a medical incident or if
7     somebody is having something wrong, you decide
8     which Protocol you need and then you follow the
9     step-by-step actions to take and questions to
10    ask on the Protocol and then that's how you
11    navigate your way through it.
12 Q  So the Protocol had questions and actions to
13    take if a detainee was suffering from a
14    particular medical condition or appeared to be?
15 A  Correct.
16 Q  And you walk into the property room and you --
17    you're walking into booking to get to the
18    property room, is that right?
19 A  I don't know.  I don't know why I was, what the
20    specific reason why I was down there was, but
21    if I was going to the property room, then, yes.
22    If I was getting sandals, they were out in the
23    initial booking area.  Those were kind of the
24    main places that you would go.
25 Q  Okay.  And you walk into booking, and you see

48

1     Shasta and Ms. Boyer, is that right?
2  A  I don't remember what initiated it or how I
3     became helping out or how I started helping.
4  Q  What did you do to help?
5  A  Just, I stayed with Christine while Shasta went
6     and did whatever she needed to do for the
7     Protocol and I remember her having to call the
8     doctor.
9  Q  Okay.  So you walk in and just, again, best
10    recollection here.  Is Shasta in the middle of
11    filling out a Protocol?  Is she telling you, I
12    need to fill out a Protocol?  Help me out.  Or
13    how does that work?
14 A  I don't remember the specifics, other than her
15    needing to leave to go call the doctor.  And I
16    just stayed with Christine to make sure that
17    nothing else happened or so that somebody was
18    there.
19 Q  Do you remember whether Christine was out of
20    her cell or not when this happened?
21 A  I don't believe so.  I think she was just
22    sitting on her bed.
23 Q  Sitting on her bed inside of her cell?
24 A  Yeah.
25 Q  Did you go into the cell with her?

49

| | | |
|---|---|---|
| 1 | A | I stood by the door, in the doorway. |
| 2 | Q | And do you know where Shasta went to make the |
| 3 | | call? |
| 4 | A | Usually we would go to the nurse's office, |
| 5 | | because there's like a, I think there's a, like |
| 6 | | a little thing with -- they are numbered. The |
| 7 | | doctor's number is on it and that. |
| 8 | Q | So did Shasta leave booking entirely to do |
| 9 | | that? |
| 10 | A | Yes. |
| 11 | Q | There's a little, kind of a desk, as I |
| 12 | | understand it in booking where she could have |
| 13 | | made the call as well? |
| 14 | A | Yeah. There's a desk with some phones. |
| 15 | Q | But, to your knowledge, she didn't make the |
| 16 | | call there, is that right? |
| 17 | A | Not that I remember. |
| 18 | Q | Were you the only person in booking at that |
| 19 | | point? |
| 20 | A | I don't remember. |
| 21 | Q | How was Christine? Do you remember? |
| 22 | A | I think she was just quiet and just sitting |
| 23 | | there. |
| 24 | Q | Do you remember saying anything to her or her |
| 25 | | saying anything to you? |

50

| | | |
|---|---|---|
| 1 | A | No, I don't. |
| 2 | Q | How did she look? |
| 3 | A | I don't remember. |
| 4 | Q | Did she have -- do you remember her being |
| 5 | | hooked up to a blood pressure cuff at all? |
| 6 | A | Not that I remember. |
| 7 | Q | Any other -- sorry. I didn't mean to |
| 8 | | interrupt. |
| 9 | A | I was just going to say, if there would have |
| 10 | | been -- if she would have been acting in a way |
| 11 | | or saying anything in a way that would have |
| 12 | | caused an alarm, then I would have acted on |
| 13 | | that. Or I would have done whatever I felt was |
| 14 | | necessary for the Protocol, or at least radioed |
| 15 | | somebody. |
| 16 | Q | Okay. Did Shasta ever talk to you about that |
| 17 | | call with the doctor? |
| 18 | A | Not that I recall, no. |
| 19 | Q | Had Shasta -- did you see a form in Shasta's |
| 20 | | hand, like a Protocol in her hand when she went |
| 21 | | to see the doctor? |
| 22 | A | Not that I recall. |
| 23 | Q | You mentioned a Protocol earlier, so that's why |
| 24 | | I'm asking. |
| 25 | A | Yeah. If somebody is having an incident where |

51

| | | |
|---|---|---|
| 1 | | you would need to call a doctor, we would have |
| 2 | | called the doctor based on the Protocol. |
| 3 | Q | And typically I would imagine -- the Protocols |
| 4 | | I would imagine are all over the jail so you |
| 5 | | have easy access, the guards have easy access, |
| 6 | | right? |
| 7 | A | Yeah. I think there was one in housing and one |
| 8 | | in booking. |
| 9 | Q | And is it something like a three-ring binder |
| 10 | | with a bunch of different Protocols in it? |
| 11 | A | Either that or folders or something like that. |
| 12 | Q | So when you walk in to booking for this errand |
| 13 | | that you were coincidentally there for, did |
| 14 | | Shasta say anything to you? |
| 15 | A | Not that -- I don't remember the specifics. I |
| 16 | | remember, obviously, having some communication |
| 17 | | with her, but I don't remember what was said. |
| 18 | Q | But words to the effect of, I need to fill out |
| 19 | | a Protocol. I need to take it to call the |
| 20 | | doctor or something along those lines? |
| 21 | | MR. JONES: Objection to form. You |
| 22 | | may answer. |
| 23 | A | Yeah. I would -- generally, yeah, I would |
| 24 | | assume that's what she said. |
| 25 | Q | I'm just asking for what you remember. |

52

| | | |
|---|---|---|
| 1 | A | Yeah. |
| 2 | Q | I'm not trying to put words in your mouth. |
| 3 | A | Yeah. |
| 4 | Q | You tell me your best recollection. |
| 5 | A | I understand. I don't remember the |
| 6 | | conversation at all, just, but her and I being |
| 7 | | in there and her having to go call the doctor, |
| 8 | | there was, there was probably some |
| 9 | | communication there between us saying what's |
| 10 | | going on and why she's going to make a call to |
| 11 | | a doctor. |
| 12 | Q | Okay. So whatever specifics you said, you knew |
| 13 | | that she filled out a Protocol and was going to |
| 14 | | go call a doctor, is that right? |
| 15 | A | Yeah. |
| 16 | Q | Did you do any cell checks during that time? |
| 17 | A | Uhm, I can't remember. |
| 18 | Q | You told me that you looked at the Cell Check |
| 19 | | Log -- |
| 20 | A | Yes. |
| 21 | Q | -- to prepare for this deposition? |
| 22 | A | Yep. |
| 23 | Q | Did you see your entry anywhere on that log? |
| 24 | A | Yes, I did. |
| 25 | Q | Where was it, do you remember? |

53

1  A  I don't remember the exact time and day, but I
2     know I put down phone. She was using the phone
3     for a couple of the cell checks that I did.
4  Q  And by her, you mean Christine Boyer?
5  A  Christine Boyer, yes.
6  Q  What was your number for the Cell Check Log?
7  A  1265 or 65.
8  Q  Sixty-five. Okay. I see -- I can flip this
9     around and show you that I see one entry for 65
10    around 8:39 p.m. Is that what you remember?
11 A  I don't remember the specific time.
12 Q  I'll show it to you real quickly.
13        MR. WEIL: Any objection to me just
14    flipping this around?
15 BY MR. WEIL:
16 Q  So this is Exhibit 8. That's the Cell Check
17    Log there. You can scroll up and down really
18    quickly, Mr. Moga, and just tell me if you see
19    your number anywhere else? That number 65.
20        MR. JONES: Actually, you know what?
21    Here.
22 A  I'm on there twice for a phone call at 17:54
23    and 18:20 for phone. And then one other time,
24    for 8:39 a.m. And I put two for alert and
25    quiet.

54

1  Q  Thank you. So the 8:39 entry, is that the
2     morning before? I can show it to you again.
3  A  Yeah, if you could.
4  Q  Yeah.
5  A  Let me try to orient myself really quickly.
6        MR. KNOTT: I think I might have a
7     copy.
8        MR. WEIL: Thank you, Doug.
9  A  Yeah, so that's the morning before.
10 Q  So that's the morning of Sunday the 22nd?
11 A  Yes.
12 Q  Okay.
13 A  She came in on the 21st. Then it goes to the
14    morning of the 22nd, yes.
15 Q  What was your shift the morning before? Was it
16    the same shift and you worked a couple hours
17    over, essentially?
18 A  Yeah. Yeah. It's not uncommon if somebody is
19    running late or just needing to fill in to work
20    between that six a.m. and ten a.m., but I
21    should have worked from six p.m. to six a.m.
22 Q  If you were working six p.m. to six a.m. on
23    that shift did you have anything to do with
24    booking on that shift?
25 A  Not that I remember.

55

1  Q  Well, do you remember anything about being in
2     booking? Ms. Boyer came in -- I'll represent
3     to you she came in on the evening of the 21st,
4     so Saturday the 21st.
5  A  Okay.
6  Q  Do you have any memory of that occurring?
7  A  No, I do not.
8  Q  Okay. Would you expect that you would be
9     working in housing -- well, do you have any
10    memory at all of that previous shift?
11 A  Not really, no. Nothing that I can think of.
12 Q  If you had been assigned in booking, would you
13    expect to see your name here doing cell checks?
14 A  Yes.
15 Q  Does that, the lack of your name, generally
16    indicate to you that you were assigned to
17    housing?
18 A  Housing or Master Control.
19 Q  Do you remember being assigned to Master
20    Control that shift?
21 A  I don't recall, but if I'm not on the booking
22    list, if I'm not the main person doing the
23    booking checks, then I was either in housing or
24    Master Control.
25 Q  Do you know why you would show up one time at

56

1     8:39 a.m. on the log if you were assigned to
2     housing that shift?
3  A  I may have came down to -- like I did in the
4     following day, or whenever.
5  Q  The following shift?
6  A  Yes. I could have left housing to grab
7     something for somebody or just been floating.
8  Q  Would it be common to, say, fill in while
9     someone takes a bathroom break, that kind of
10    thing?
11 A  Yeah.
12 Q  And the sequence like this, just looking at
13    this, would it indicate some sort of random
14    assignment like that where you would show up,
15    lend a hand and go back to your previous post?
16 A  Yeah. That could be. I mean, at any point
17    too, if someone didn't want to work in housing
18    anymore and wanted to work booking and vice
19    versa, we could switch. We weren't locked into
20    a certain post for the whole night.
21 Q  But if that had occurred here, you would have a
22    bunch of entries after that with 65, right?
23 A  Yeah, right. Correct.
24 Q  Then flip it over. The next day looks like
25    you're there at 17:54, correct?

57

1  A  Yep.
2  Q  So that would be right as your shift begins,
3     I'm assuming, if I understand things correctly?
4  A  Correct.
5  Q  When it says phone, what does that mean?
6  A  She was using the phone.
7  Q  Do you have any recollection of that?
8  A  I do not.
9  Q  Okay. So this is, apart from, we talked about
10    your interaction a moment ago with Shasta
11    filling out the Protocol?
12 A  Yes.
13 Q  This is a different time, right?
14 A  So this is the evening of the 22nd, right.
15 Q  So this first entry at 17:54, and then it looks
16    like 18:20, so that's 5:54 p.m. and 6:20 p.m.,
17    right?
18 A  Correct.
19 Q  And both times Ms. Boyer is on the phone and
20    that's what you're recording?
21 A  That's, yeah, that's what this states.
22 Q  Okay. Do you have any recollection of this at
23    all? Reading this now?
24 A  I do not.
25 Q  Do you recall Ms. Boyer being on the phone at

58

1     any time, seeing her on the phone?
2  A  No.
3  Q  Or hearing her talking on the phone?
4  A  I do not recall. There was two options to use
5     a phone. There's a phone on the wall and
6     there's a rollable, like a mobile-type phone
7     she could have used at her cell as well.
8  Q  Can you tell from this observation log which
9     type of call that is?
10 A  No, I cannot.
11 Q  Okay. And nothing in this document jogs your
12    memory at all about this check around six p.m.
13    on the evening of the 22nd, is that right?
14 A  That's correct. I don't remember.
15 Q  I'm looking at the log. Who is 88?
16 A  Shasta.
17 Q  Okay. That was Shasta?
18 A  Um-hum.
19 Q  And it indicates that she's doing a Chest Pain
20    Protocol for quite a bit of it. Do you see
21    that?
22 A  Yes.
23 Q  How does that work in terms of you making
24    entries here? I understood that you were, you
25    came in to help out at some point or ended up

59

1     helping out. But I don't see 65 on these cell
2     checks. Does that make sense to you?
3  A  Yeah.
4        MR. JONES: Objection to form. Go
5     ahead.
6  BY MR. WEIL:
7  Q  Can you explain?
8  A  Just usually only needed one person to do a --
9     to log the cell check.
10 Q  So even though she eventually, as I understand
11    it, went away from booking, as you recall, to
12    call in the Protocol, it doesn't reflect
13    somebody else making entries here, is that
14    right?
15       MR. JONES: Objection to form. You
16    can answer.
17 A  Can you repeat it?
18 Q  Sure. I'm looking at the logs from 19:26 to
19    20:25. It looks like Shasta has entered Chest
20    Pain Protocol, right?
21 A  Correct.
22 Q  And what you're telling me is that when she
23    completed the Protocol, you happened to be
24    there. She left to go make the call that you
25    would make to the provider, right?

60

1  A  Right.
2  Q  And then it looks like there's another entry by
3     her at 20:39 and would that be consistent with
4     when she returned, in your memory?
5        MR. JONES: Objection to form.
6  A  She -- I don't remember how long it took her to
7     make the phone call, but these -- each time
8     you're doing a cell check, it's, there's a
9     certain amount of time that you need to check
10    everybody in booking before you log the cell
11    check.
12       So, from what I remember, I was there
13    long enough to let her relieve that spot in the
14    amount of time to make a phone call to get back
15    and also do all of the cell checks or all of
16    the booking checks.
17 Q  Okay. That's all we have with that document.
18    Now, the instruction, one of the instructions
19    Shasta was given that the document reflects is
20    to provide Ms. Boyer with aspirin.
21 A  Okay.
22 Q  Where would someone get aspirin? A guard get
23    aspirin after receiving an instruction like
24    that?
25 A  From the nurse's office.

61

1 **Q** Okay.

2 **A** In between booking and housing.

3 **Q** Do you remember Shasta coming back with aspirin

4     or anything? Any sort of medication in her

5     hands?

6 **A** I don't recall.

7 **Q** Eventually, obviously she returns, correct?

8 **A** Yes.

9 **Q** And what happened after that?

10 **A** I don't recall.

11 **Q** Did you essentially -- you're back. I'm going

12     to go back to my task, or did you stick around

13     at all, or?

14 **A** I don't remember specifics.

15 **Q** Do you remember Ms. Boyer saying anything to

16     Shasta at any point?

17 **A** No, I do not.

18 **Q** And you don't remember Ms. Boyer saying

19     anything to you, correct?

20 **A** That's correct.

21 **Q** What's the name of the chaplain who you spoke

22     with?

23 **A** I might have the card in my wallet.

24 **Q** Take a look.

25 **A** I can't remember if I still do or not. Jeff

62

1     Skinner.

2 **Q** Does the card list a denomination?

3 **A** It says chaplain.

4 **Q** Okay. Do you remember, in conversations after

5     this event, talking with Shasta and her saying

6     that she did everything -- she was trying to

7     make sure she did everything she was supposed

8     to do with respect to caring for Ms. Boyer?

9 **A** Like during or just in general?

10 **Q** I'll just refer you to this email. Shasta

11     writes to Danielle Warren, at about three p.m.

12     on the 26th. She says, no problem. I'm doing

13     the best I can. I just had this weird feeling

14     I needed to call the jail at that exact moment.

15     I wanted to see if I had done everything I was

16     supposed to. When Lucas told me you guys had

17     the AED hooked up to her, I lost it. Do you

18     see that?

19 **A** Yeah.

20 **Q** Do you remember conversations about, with

21     Shasta at any point thereafter about her

22     wondering or asking or trying to assure herself

23     that she had done everything she was supposed

24     to do for Ms. Boyer?

25 **A** No, I don't. I'm also not really sure what --

63

1     this is the first time I've seen this.

2 **Q** Of course.

3 **A** I'm not sure what this.

4 **Q** I'm trying to anchor us to something that it

5     appears that she was thinking about. That's

6     all.

7 **A** Right.

8 **Q** I'm asking you if this jogs your recollection

9     to anything that Shasta and you talked about

10     after the event?

11 **A** Yeah.

12        MR. JONES: And what's the question?

13 BY MR. WEIL:

14 **Q** So do you remember her talking about, do you

15     remember Shasta talking about trying to make

16     sure she did everything right for Ms. Boyer?

17 **A** I don't remember a specific conversation, no.

18     Or that we even talked about it.

19 **Q** Okay. It says, the next, after I lost it, the

20     next sentence says, I went through everything

21     in my head, like, 20 times trying to make sure

22     I did everything Lisa told me.

23        Again, you're not on this email. The

24     question is just, does that jog your

25     recollection at all about the things that

64

1     Shasta was concerned about after Ms. Boyer

2     passed.

3 **A** No, it doesn't.

4 **Q** Do you remember having conversations with

5     Shasta along these lines of her trying to

6     assure herself that she did everything that

7     Lisa had told her to?

8 **A** No, I don't recall.

9 **Q** Do you know who Lisa is?

10 **A** The jail doctor.

11 **Q** Well, did you ever interact with Lisa?

12 **A** I think there had been some Protocols that I

13     had done throughout my time at the jail that I

14     had called her for. Which was, like, in the

15     middle of the night, so it was pretty much the

16     only interactions I've had with her.

17 **Q** Anything you recall about the substance of the

18     conversations with her when you filled out

19     those Protocols?

20        MR. JONES: Conversations with Lisa?

21        MR. WEIL: Yeah.

22 **A** Just whatever I was doing the Protocol on. I

23     mean, when I did those Protocols. And if I

24     even talked to the doctor, if I needed to, I

25     was very robotic with the questions that were

65

| | | |
|---|---|---|
| 1 | | on, that were needing to be asked. |
| 2 | Q | Okay. So the Protocol involves filling out |
| 3 | | information and then transmitting it? |
| 4 | A | Correct. |
| 5 | Q | Were you -- you have some medical training, but |
| 6 | | you're not a medical professional, correct? |
| 7 | A | Correct. |
| 8 | Q | Were you careful to fill out those Protocols |
| 9 | | every time? |
| 10 | A | Yeah, to the best of my ability. |
| 11 | Q | And then careful to transmit all the |
| 12 | | information on those Protocols to Lisa or |
| 13 | | whoever was on the other end of the phone? |
| 14 | A | That's correct. |
| 15 | Q | Are you familiar with Shasta filling out |
| 16 | | Protocols like that? |
| 17 | A | No. You mean, like, am I -- do I know how she |
| 18 | | does them? |
| 19 | Q | Did you ever talk about filling one out with |
| 20 | | her? |
| 21 | A | No. |
| 22 | Q | Was she careful about how she filled them out, |
| 23 | | if you know? |
| 24 | A | I don't know how she fills them out, but we've |
| 25 | | all been trained the same, to get as much |

66

| | | |
|---|---|---|
| 1 | | information as you can and fill them out to the |
| 2 | | best of your ability, because then you're the |
| 3 | | one that is relaying the information that's |
| 4 | | happening to the person that can provide more |
| 5 | | care. |
| 6 | Q | Did it strike you that she was a careful person |
| 7 | | about doing that? Conscientious? |
| 8 | | MR. JONES: Objection to form. You |
| 9 | | can answer. |
| 10 | A | I would say that she was as reasonable as every |
| 11 | | other officer that has had to do a Protocol. |
| 12 | Q | And you were all trained to relay that |
| 13 | | information? |
| 14 | A | Correct. |
| 15 | Q | Okay. In your experience, were other officers |
| 16 | | careful to relay that information as well in |
| 17 | | Protocols? |
| 18 | | MR. JONES: Objection to form, |
| 19 | | foundation. You can go ahead. |
| 20 | A | I don't know how, necessarily, every other |
| 21 | | officer filled out their Protocols, but -- |
| 22 | | because they are pretty -- the Protocols are |
| 23 | | pretty straightforward. So I would say that |
| 24 | | everyone else fills them out the same. |
| 25 | Q | Okay. Did you ever actually hear officers |

67

| | | |
|---|---|---|
| 1 | | relaying the information to Lisa Pisney? |
| 2 | A | Not usually. |
| 3 | Q | Did you ever hear Lisa, or, I'm sorry, Shasta |
| 4 | | relaying information to the outside |
| 5 | | practitioner? |
| 6 | A | Like hear her myself? |
| 7 | Q | Yes. |
| 8 | A | No. |
| 9 | Q | And, again, this is not jogging your memory in |
| 10 | | terms of your conversations with Shasta? This |
| 11 | | email on Exhibit 13 about her concern about |
| 12 | | relaying information to Ms. Pisney carefully? |
| 13 | | MR. JONES: Objection to form. |
| 14 | A | No, it does not. |
| 15 | Q | Do you recall her generally being concerned |
| 16 | | about, without focussing on any words, that she |
| 17 | | had done everything right that evening with |
| 18 | | regard to Ms. Boyer? |
| 19 | A | I would think so. She's been in her position |
| 20 | | for a long time, so I think that she did the |
| 21 | | best that she could to her ability. |
| 22 | Q | Does she strike you as a careful person? |
| 23 | A | Yes. |
| 24 | Q | Eventually, you said a few months after Ms. |
| 25 | | Boyer's incident you left the jail? |

68

| | | |
|---|---|---|
| 1 | A | Correct. |
| 2 | Q | And you -- was this, was the jail your only -- |
| 3 | | the only time you worked in corrections? |
| 4 | A | Yes. |
| 5 | Q | Why did you go into the corrections field? |
| 6 | A | It was a little bit higher pay and it was a |
| 7 | | different avenue of law enforcement that I was |
| 8 | | interested in. |
| 9 | Q | Okay. Before you had been working security at |
| 10 | | Volk Field, I think, is that right? |
| 11 | A | Yeah. |
| 12 | Q | And then after you left the jail, you told me, |
| 13 | | but I'm trying to remember, what did you do? |
| 14 | A | Then I went, I went back to Volk Field. |
| 15 | Q | Okay. Did you take a pay cut? |
| 16 | A | I think it was a slight pay cut, but it was |
| 17 | | better hours and better shift. |
| 18 | Q | So you went into jail because -- corrections |
| 19 | | because it was a different kind of law |
| 20 | | enforcement, you said? |
| 21 | A | Yes. |
| 22 | Q | And it paid better? |
| 23 | A | And it paid slightly better, yeah. I was able |
| 24 | | to broaden my scope of practice, I guess you |
| 25 | | would say. |

69

1  Q   And you did it basically for about a year,

2      right?

3  A   At Monroe County, yes.

4  Q   Have you gone back to corrections at all since

5      then?

6  A   No, I have not.

7  Q   Why did you decide to leave?

8  A   Leave, like, corrections and law enforcement?

9  Q   Why did you decide to leave Monroe County?

10 A   Because I was able to have a better schedule at

11     Volk Field and then -- mainly just a better

12     schedule.  Because I had a good schedule before

13     I came to Monroe County.  I knew I was going to

14     be working a harder, or a little bit more

15     demanding schedule at the jail, but it was

16     something different and it was a little bit

17     higher pay.

18 Q   Did you decide -- was part of your reasoning

19     you decided you didn't want to work in

20     corrections?

21 A   For the schedule?

22 Q   Your reason for leaving the jail?

23 A   Yeah.

24 Q   Go ahead.

25 A   Because after awhile too I realized, okay, I

70

1      went to school for law enforcement.  I went to

2      police academy.  I'm going to stay on the law

3      enforcement route and continue on with that.

4  Q   Why did you decide you didn't want to do

5      corrections as a law enforcement route?

6  A   Because I wanted to be more on the road side of

7      things.

8  Q   Did you decide you didn't like working

9      corrections or it wasn't for you?

10         MR. JONES:  Objection to form.  Asked

11     and answered.  You can go ahead.

12 A   I didn't -- I thought I did a good job in

13     corrections.  I thought I was professional and

14     respectful and, but, yeah, I just preferred to

15     have a little bit more freedom versus doing the

16     same time as everybody else, but being able to

17     walk around.

18 Q   Was Ms. Boyer's event, did that have any impact

19     on your decision to leave the Monroe County

20     Jail?

21 A   No, it did not.

22         MR. WEIL:  Okay.  That's all I have.

23     Thank you, Mr. Moga.

24         THE WITNESS:  Thank you.

25         MR. KNOTT:  No questions.

71

1          MR. WEIL:  Mark?

2          MR. HARDY:  No questions.  Thank you.

3          MR. JONES:  No questions for me.

4  He'll read and sign.

5          MR. WEIL:  You're done.  Thank you.

6          (Deposition concluded at 12:25 p.m.)

72

1  STATE OF WISCONSIN    )
                         :  ss  CERTIFICATE
2  COUNTY OF LACROSSE     )

3

4       I hereby certify that I reported the
   deposition of KYLE MOGA on the 3rd day of
5  November, 2023, in Sparta, Wisconsin, and that
   the witness was by me first duly sworn to tell
   the whole truth; that the testimony was
6  transcribed under my direction and is a true
   and complete record, to the best of my ability,
7  of the testimony of the witness;

8       That the cost of the original has been
   charged to the party who noticed the
9  deposition, and that all parties who ordered
   such copies have been charged at the same rate
10 for such copies;

11      That I am not a relative or employee or
   attorney or counsel of the parties or a
12 relative or employee of such attorney or
   counsel; that I am not financially interested
13 in the action and have no contract with the
   parties, attorneys or persons with an interest
14 in the action that affects or has a substantial
   tendency to affect my impartiality.

15

16      WITNESS MY HAND AND SEAL THIS 8TH DAY
   OF NOVEMBER, 2023.

17

18

19      _____

20      Nancy Johnson
        Registered Professional Reporter
        P.O. Box 21
21      La Crosse, Wisconsin, 54601-0021

22

23  My Commission Expires
    July 15, 2025
24
25

1

## 1

**100** [1] - 23:7
**10:00** [3] - 18:18, 19:3, 19:5
**112** [1] - 1:22
**11:04** [1] - 1:22
**12/27/19** [1] - 34:8
**1265** [1] - 53:7
**12:25** [1] - 71:6
**13** [1] - 42:10, 67:11
**15** [1] - 72:23
**16-hour** [1] - 31:3
**17:54** [1] - 53:22, 56:25, 57:15
**18:20** [1] - 53:23, 57:16
**192109** [1] - 34:22
**19:26** [1] - 59:18

## 2

**20** [2] - 23:5, 63:21
**20-CV-1123-jdp** [1] - 1:7
**2000** [1] - 12:21
**2010** [1] - 4:21
**2015** [2] - 5:9, 11:14
**2019** [1] - 12:12
**2020** [1] - 12:21
**2023** [3] - 1:22, 72:4, 72:16
**2025** [1] - 72:23
**20:25** [1] - 59:19
**20:39** [1] - 60:3
**21** [1] - 72:20
**219** [2] - 2:6, 2:18
**21:38** [1] - 34:8
**21st** [3] - 54:13, 55:3, 55:4
**22-CV-723-jdp** [1] - 1:15
**22nd** [7] - 16:5, 22:10, 43:23, 54:10, 54:14, 57:14, 58:13
**23rd** [2] - 15:23, 16:5
**26th** [1] - 62:12
**27th** [1] - 2:14

## 3

**3** [2] - 1:22, 3:4
**30** [1] - 2:14
**301** [1] - 2:10
**311** [1] - 2:2
**3rd** [2] - 2:3, 72:4

## 4

**400** [1] - 2:11
**41** [4] - 14:14, 15:4, 27:11, 32:19

## 5

**50** [1] - 23:7
**53202** [3] - 2:7, 2:11, 2:19
**54601 -0021** [1] - 72:21
**55101** [1] - 2:15
**5:54** [1] - 57:16

## 6

**60607** [1] - 2:3
**65** [5] - 53:7, 53:9, 53:19, 56:22, 59:1
**6:20** [1] - 57:16

## 7

**710** [2] - 2:7, 2:19

## 8

**8** [1] - 53:16
**88** [1] - 58:15
**8:39** [4] - 53:10, 53:24, 54:1, 56:1
**8TH** [1] - 72:16

## 9

**911** [1] - 24:14
**9:38** [1] - 34:16

## A

**a.m** [12] - 1:22, 16:3, 16:5, 30:22, 31:2, 34:18, 53:24, 54:20, 54:21, 54:22, 56:1
**Aberdeen** [1] - 2:2
**ability** [4] - 65:10, 66:2, 67:21, 72:6
**able** [9] - 19:8, 28:23, 29:9, 29:24, 45:17, 46:16, 68:23, 69:10, 70:16
**above -entitled** [1] - 1:21
**absolute** [1] - 9:1

**academy** [2] - 5:7, 70:2
**Academy** [2] - 5:10, 11:7
**access** [1] - 51:5
**accurate** [3] - 42:22, 42:23, 43:4
**acted** [1] - 50:12
**acting** [1] - 50:10
**action** [3] - 1:21, 72:13, 72:14
**actions** [2] - 47:9, 47:12
**administrator** [1] - 1:4
**Administrator** [2] - 1:12, 2:4
**admonitions** [1] - 6:7
**adrenalin** [1] - 29:7
**ADVANCED** [1] - 1:8
**Advanced** [2] - 2:8, 2:20
**advised** [1] - 24:23
**AED** [12] - 10:10, 10:17, 11:11, 11:20, 24:13, 24:18, 24:19, 24:20, 24:22, 25:17, 62:17
**affect** [1] - 72:14
**affects** [1] - 72:14
**ago** [3] - 13:11, 13:12, 57:10
**ahead** [9] - 4:22, 21:16, 23:23, 30:25, 38:11, 59:5, 66:19, 69:24, 70:11
**aid** [1] - 10:10
**aimed** [1] - 24:7
**air** [7] - 24:10, 24:12, 25:4, 25:14, 26:8, 26:10, 27:2
**airway** [1] - 27:1
**alarm** [1] - 50:12
**alert** [1] - 53:24
**Alex** [1] - 25:1
**Alzheimer 's** [1] - 11:25
**Amber** [4] - 2:8, 2:20, 21:22, 31:17
**AMBER** [1] - 1:8
**ambulance** [1] - 25:8
**amount** [4] - 11:8, 23:3, 60:9, 60:14
**anchor** [1] - 63:4
**AND** [1] - 72:16
**ANDREW** [1] - 2:10
**answer** [8] - 6:25, 8:16, 8:17, 8:22, 44:1, 51:22, 59:16, 66:9
**answered** [1] - 70:11

**answering** [1] - 8:7
**anticipating** [2] - 6:24, 6:25
**apart** [1] - 57:9
**appeared** [6] - 2:3, 2:7, 2:11, 2:15, 2:19, 47:14
**applicable** [1] - 1:23
**application** [1] - 34:5
**aquatic** [1] - 10:6
**Aquatic** [1] - 10:7
**area** [6] - 17:1, 17:2, 17:3, 21:11, 45:18, 47:23
**arrived** [1] - 25:5
**arrives** [1] - 27:5
**arriving** [1] - 30:16
**aside** [4] - 15:10, 15:13, 20:3, 20:6
**aspirin** [4] - 60:20, 60:22, 60:23, 61:3
**assigned** [5] - 35:7, 55:12, 55:16, 55:19, 56:1
**assignment** [1] - 56:14
**assignments** [1] - 17:11
**assistance** [1] - 22:16
**assume** [3] - 8:8, 21:8, 51:24
**assuming** [1] - 57:3
**assure** [2] - 62:22, 64:6
**attack** [1] - 9:24
**attended** [1] - 4:25
**ATTORNEY** [1] - 3:4
**attorney** [2] - 72:11, 72:12
**attorneys** [1] - 72:13
**available** [1] - 41:20
**avenue** [1] - 68:7
**aware** [2] - 27:7, 29:8
**awareness** [1] - 12:1
**awhile** [1] - 69:25

## B

**bachelor 's** [1] - 5:3
**background** [1] - 4:11
**bag** [2] - 25:3, 27:2
**base** [3] - 6:1, 6:2, 6:5
**Base** [1] - 5:12
**based** [1] - 51:2
**basement** [1] - 41:16
**basic** [3] - 9:21, 10:10
**basics** [1] - 9:25
**bathroom** [1] - 56:9
**became** [1] - 48:3

**become** [1] - 12:11
**bed** [4] - 18:17, 46:24, 48:22, 48:23
**begin** [1] - 9:3
**beginning** [2] - 22:5, 22:8
**begins** [1] - 57:2
**behalf** [8] - 1:5, 1:13, 2:3, 2:4, 2:8, 2:12, 2:15, 2:20
**best** [10] - 72:0, 72:1, 8:3, 9:2, 9:8, 36:1, 48:9, 52:4, 62:13, 65:10, 66:2, 67:21, 72:6
**better** [8] - 24:8, 26:20, 68:17, 68:22, 68:23, 69:10, 69:11
**between** [8] - 12:24, 19:18, 21:21, 23:7, 42:11, 52:9, 54:20, 61:2
**big** [3] - 17:1, 29:22, 43:3
**binder** [1] - 51:9
**bit** [16] - 4:11, 5:14, 5:15, 6:22, 11:6, 16:15, 18:16, 21:25, 28:4, 43:8, 46:11, 58:20, 68:6, 69:14, 69:16, 70:15
**blood** [1] - 50:5
**Bob** [1] - 10:6
**booking** [36] - 16:19, 16:24, 17:1, 17:2, 17:3, 17:8, 17:19, 17:23, 21:7, 21:20, 21:21, 22:17, 23:4, 23:14, 23:24, 23:25, 24:1, 24:24, 33:3, 33:5, 45:18, 47:17, 47:23, 47:25, 49:8, 49:12, 49:18, 51:8, 51:12, 54:24, 55:2, 55:12, 55:21, 55:23, 56:18, 59:11, 60:10, 60:16, 61:2
**boss** [1] - 40:22
**bottom** [1] - 33:14
**Box** [1] - 72:20
**BOYER** [1] - 1:4, 1:12
**Boyer** [35] - 1:4, 1:13, 2:4, 2:4, 10:20, 10:24, 10:25, 12:17, 12:22, 14:7, 15:8, 19:12, 19:19, 20:3, 22:13, 31:7, 37:24, 38:4, 38:6, 44:7, 46:9, 48:1, 53:4, 53:5, 55:2, 57:19,

57:25, 60:20, 61:15, 61:18, 62:8, 62:24, 63:16, 64:1, 67:18

**Boyer's** [5] - 18:4, 44:12, 44:25, 67:25, 70:18

**break** [2] - 9:7, 56:9

**breathing** [3] - 9:19, 25:14, 25:19

**Bresnahan** [1] - 2:17

**BRESNAHN** [1] - 1:17

**bright** [1] - 24:9

**broaden** [1] - 68:24

**Broadway** [1] - 2:11

**broke** [1] - 18:21

**brought** [2] - 21:12, 24:15

**Buddy** [1] - 33:25

**bunch** [2] - 51:10, 56:22

**BY** [9] - 4:5, 9:5, 12:8, 14:23, 15:6, 44:7, 53:15, 59:6, 63:13

## C

**calm** [2] - 28:25, 29:9

**Camp** [2] - 5:24, 6:3

**camp** [1] - 6:4

**Campground** [1] - 5:5

**cannot** [1] - 58:10

**capacity** [4] - 37:24, 38:3, 40:4

**card** [3] - 41:21, 61:23, 62:2

**care** [8] - 20:15, 20:19, 20:23, 21:4, 25:5, 26:20, 30:10, 66:5

**careful** [6] - 65:8, 65:11, 65:22, 66:6, 66:16, 67:22

**carefully** [1] - 67:12

**caring** [1] - 62:8

**case** [18] - 1:7, 4:9, 10:21, 35:2, 35:3, 35:7, 35:9, 35:10, 35:12, 35:14, 35:18, 35:19, 35:23, 37:11, 39:6, 41:4, 42:10

**Case** [2] - 1:15, 34:22

**catchall** [1] - 37:3

**caused** [1] - 50:12

**Cell** [5] - 13:24, 15:18, 52:18, 53:6, 53:16

**cell** [17] - 16:14, 18:10, 22:18, 23:25, 29:14, 48:20, 48:23, 48:25, 52:16, 53:3, 55:13, 58:7, 59:1, 59:9,

**cells** [2] - 18:24, 19:5

**center** [1] - 10:6

**Center** [1] - 10:7

**certain** [4] - 21:2, 34:4, 56:20, 60:9

**CERTIFICATE** [1] - 72:1

**certify** [1] - 72:3

**CFR** [1] - 11:11

**chain** [1] - 42:11

**chair** [1] - 12:5

**changed** [1] - 18:5

**changes** [1] - 6:22

**channel** [1] - 46:3

**chaplain** [11] - 41:11, 41:12, 41:14, 41:15, 41:19, 41:20, 41:21, 41:23, 41:25, 61:21, 62:3

**charged** [2] - 72:8, 72:9

**chat** [1] - 13:19

**check** [8] - 28:1, 29:4, 29:11, 58:12, 59:9, 60:8, 60:9, 60:11

**Check** [5] - 13:24, 15:18, 52:18, 53:6, 53:16

**checked** [3] - 27:21, 27:22, 28:11

**checks** [9] - 16:14, 18:11, 52:16, 53:3, 55:13, 55:23, 59:2, 60:15, 60:16

**Chest** [2] - 58:19, 59:19

**chest** [1] - 9:25

**Chicago** [1] - 2:3

**choking** [2] - 9:22, 10:8

**Christine** [15] - 1:4, 1:13, 2:4, 15:8, 24:3, 24:7, 25:9, 44:16, 46:23, 48:5, 48:16, 48:19, 49:21, 53:4, 53:5

**circulation** [1] - 26:11

**civilian** [1] - 5:12

**clarify** [2] - 8:4, 8:21

**clear** [2] - 7:13, 7:23

**close** [1] - 15:11

**closely** [1] - 21:10

**closer** [2] - 21:10, 24:1

**clothing** [1] - 24:17

**code** [1] - 23:17

**coincidentally** [1] - 51:13

**collected** [1] - 28:25

**college** [1] - 10:3

**College** [1] - 5:1

**color** [1] - 26:9

**coming** [1] - 61:3

**commencing** [1] - 1:22

**Commission** [1] - 72:22

**common** [4] - 6:23, 8:14, 36:17, 56:8

**commons** [1] - 24:24

**communication** [2] - 51:16, 52:9

**community** [1] - 10:2

**complete** [1] - 72:6

**completed** [1] - 59:23

**completing** [1] - 22:7

**computer** [3] - 12:1, 33:6, 33:23

**computers** [1] - 33:2

**concern** [1] - 67:11

**concerned** [2] - 64:1, 67:15

**concluded** [1] - 71:6

**condition** [2] - 44:12, 47:14

**conference** [1] - 41:16

**confusing** [1] - 8:1

**congratulations** [1] - 32:3

**congruent** [1] - 34:18

**connect** [1] - 35:11

**conscientious** [1] - 66:7

**consistent** [3] - 25:24, 34:11, 60:3

**contacted** [1] - 41:23

**continue** [1] - 70:3

**continued** [1] - 39:13

**contract** [1] - 72:13

**control** [1] - 17:10

**Control** [10] - 13:25, 16:20, 17:4, 17:19, 17:24, 27:24, 28:23, 55:18, 55:20, 55:24

**conversation** [6] - 6:22, 8:14, 13:8, 38:13, 52:6, 63:17

**conversations** [11] - 39:13, 40:2, 40:7, 40:9, 40:13, 62:4, 62:20, 64:4, 64:18, 64:20, 67:10

**copies** [2] - 72:9, 72:10

**copy** [1] - 54:7

**correct** [39] - 10:16, 12:19, 15:1, 15:8, 15:9, 15:20, 15:23, 16:6, 16:25, 22:9,

23:10, 27:6, 30:15, 32:6, 32:7, 33:8, 40:1, 40:8, 40:12, 42:4, 45:2, 45:5, 45:6, 47:15, 56:23, 56:25, 57:4, 57:18, 58:14, 59:21, 61:7, 61:19, 61:20, 65:4, 65:6, 65:7, 65:14, 66:14, 68:1

**CORRECTIONAL** [1] - 1:8

**Correctional** [2] - 2:8, 2:20

**correctional** [1] - 20:10

**corrections** [9] - 68:3, 68:5, 68:18, 69:4, 69:8, 69:20, 70:5, 70:9, 70:13

**correctly** [2] - 45:21, 57:3

**correspondence** [2] - 14:3, 41:2

**cost** [1] - 72:8

**counsel** [7] - 2:3, 2:7, 2:11, 2:15, 2:19, 72:11, 72:12

**COUNTY** [2] - 1:9, 72:2

**County** [13] - 2:12, 5:16, 11:19, 12:11, 12:20, 33:13, 33:20, 41:11, 41:23, 69:3, 69:9, 69:13, 70:19

**couple** [5] - 5:6, 9:10, 42:13, 53:3, 54:16

**course** [1] - 63:2

**Court** [1] - 1:22

**court** [6] - 6:14, 6:17, 6:21, 7:1, 7:7, 7:13

**COURT** [1] - 1:1

**cover** [1] - 23:3

**CPR** [8] - 10:10, 10:17, 10:24, 11:20, 24:19, 25:2, 25:20

**CR** [1] - 34:22

**crazy** [1] - 23:4

**criminal** [1] - 5:3

**Cristine 's** [1] - 26:25

**critical** [1] - 41:4

**Cross** [1] - 10:4

**Crosse** [2] - 5:14, 72:21

**crying** [1] - 28:7

**cuff** [1] - 50:5

**cut** [4] - 23:22, 24:16, 68:15, 68:16

## D

**Dake** [2] - 20:13, 20:17

**DANIEL** [1] - 2:18

**DANIELLE** [1] - 1:9

**Danielle** [11] - 2:12, 22:17, 23:20, 23:24, 24:4, 24:13, 28:21, 38:18, 39:19, 42:12, 62:11

**Danny** [2] - 20:13, 20:17

**date** [3] - 32:17, 32:24, 34:16

**dates** [1] - 9:10

**Davidson** [1] - 4:25

**DAY** [1] - 72:16

**days** [3] - 13:12, 34:14, 41:2

**Dayton** [1] - 5:19

**dealt** [1] - 39:2

**debrief** [3] - 27:17, 27:18, 41:5

**December** [1] - 15:23

**decent** [1] - 23:3

**decide** [6] - 47:7, 69:7, 69:9, 69:18, 70:4, 70:8

**decided** [1] - 69:19

**decision** [1] - 70:19

**Defendants** [5] - 1:10, 2:9, 2:12, 2:17, 2:21

**defendants** [1] - 1:18

**definitely** [2] - 29:7, 43:4

**Degner** [2] - 25:1, 25:3

**degree** [1] - 5:3

**demanding** [1] - 69:15

**denomination** [1] - 62:2

**department** [1] - 5:15

**deposed** [1] - 31:24

**deposition** [9] - 6:19, 8:14, 12:25, 13:11, 13:21, 32:5, 52:21, 72:4, 72:9

**Deposition** [2] - 1:20, 71:6

**depositions** [1] - 6:8

**depth** [1] - 4:14

**described** [1] - 25:9

**describing** [1] - 42:20

**designation** [1] - 34:25

**desk** [2] - 49:11, 49:14

**detainee** [1] - 47:13

**differ** [1] - 17:14

**different** [6] - 45:15, 51:10, 57:13, 68:7,

68:19, 69:16
**direct** [2] - 38:15, 43:5
**direction** [1] - 72:6
**discolored** [3] - 24:10, 25:25, 26:7
**discussed** [1] - 41:9
**discussions** [1] - 15:13
**distraught** [2] - 28:7, 28:8
**DISTRICT** [2] - 1:1, 1:2
**doctor** [15] - 44:15, 44:24, 47:1, 48:8, 48:15, 50:17, 50:21, 51:1, 51:2, 51:20, 52:7, 52:11, 52:14, 64:10, 64:24
**doctor 's** [1] - 49:7
**document** [11] - 14:17, 33:24, 36:10, 36:19, 36:23, 37:7, 42:9, 43:24, 58:11, 60:17, 60:19
**documents** [2] - 13:20, 41:3
**done** [10] - 9:2, 36:20, 37:6, 50:13, 62:15, 62:23, 64:13, 67:17, 71:5
**door** [4] - 24:1, 44:15, 44:18, 49:1
**doors** [1] - 19:5
**doorway** [2] - 46:22, 49:1
**dorms** [1] - 19:8
**Doug** [1] - 54:8
**Douglas** [2] - 5:24, 6:3, 6:4
**DOUGLAS** [1] - 2:6
**down** [17] - 7:2, 7:9, 12:9, 17:8, 19:9, 22:17, 22:19, 23:1, 33:6, 38:13, 46:10, 46:14, 46:18, 47:20, 53:2, 53:17, 56:3
**dropped** [1] - 14:6
**drowning** [1] - 10:13
**duly** [2] - 4:3, 72:5
**during** [12] - 5:9, 8:14, 18:8, 20:19, 30:7, 30:20, 31:22, 33:20, 43:22, 46:19, 52:16, 62:9
**duties** [2] - 18:10, 30:10

## E

**early** [2] - 12:21, 15:22

**East** [1] - 2:14
**easy** [2] - 51:5
**eds** [1] - 5:2
**effect** [2] - 35:22, 51:18
**either** [6] - 20:9, 33:4, 43:21, 51:11, 55:23
**email** [6] - 14:5, 42:11, 43:5, 62:10, 63:23, 67:11
**emails** [2] - 14:3, 42:19
**emergency** [6] - 19:18, 19:20, 19:21, 23:15, 25:16, 43:13
**emergent** [1] - 23:14
**emotional** [2] - 28:5, 40:3
**emotionally** [1] - 39:5
**employee** [2] - 72:11, 72:12
**employees** [1] - 20:9
**employment** [1] - 4:17
**EMTs** [4] - 25:5, 26:12, 26:21, 27:3
**end** [4] - 27:10, 30:22, 32:15, 65:13
**ended** [1] - 58:25
**ends** [2] - 31:23, 32:14
**enforcement** [7] - 5:4, 68:7, 68:20, 69:8, 70:1, 70:3, 70:5
**entered** [1] - 59:19
**entire** [1] - 18:2
**entirely** [1] - 49:8
**entitled** [2] - 1:21, 7:20
**entries** [3] - 56:22, 58:24, 59:13
**entry** [5] - 52:23, 53:9, 54:1, 57:15, 60:2
**equipment** [1] - 29:14
**errand** [1] - 51:12
**especially** [1] - 46:12
**essentially** [4] - 6:10, 22:7, 54:17, 61:11
**Estate** [3] - 1:4, 1:13, 2:4
**estimate** [3] - 7:21, 12:23, 23:5
**evening** [4] - 46:19, 55:3, 57:14, 58:13, 67:17
**event** [13] - 15:7, 15:8, 15:12, 15:22, 18:4, 18:6, 19:11, 22:12, 22:14, 46:7, 62:5, 63:10, 70:18
**eventually** [7] - 24:19, 25:6, 26:12, 27:3,

59:10, 61:7, 67:24
**exact** [5] - 23:12, 32:23, 39:20, 53:1, 62:14
**exactly** [4] - 12:2, 12:15, 40:6, 46:10
**Examination** [2] - 3:2, 3:4
**examination** [1] - 1:21
**Exhibit** [6] - 14:14, 27:11, 32:19, 42:10, 53:16, 67:11
**exhibit** [1] - 15:2
**exhibits** [1] - 3:8
**expect** [2] - 55:8, 55:13
**experience** [1] - 66:15
**Expires** [1] - 72:22
**explain** [1] - 59:7
**exposed** [1] - 24:17
**extensive** [1] - 9:17
**extra** [1] - 46:15
**eyes** [1] - 24:11

## F

**face** [4] - 24:11, 25:22, 26:6, 26:9
**facing** [1] - 25:22
**fair** [3] - 8:11, 40:7, 43:9
**fairly** [1] - 12:10
**familiar** [3] - 37:21, 41:6, 65:15
**far** [1] - 31:7
**Fargo** [1] - 2:14
**fast** [2] - 24:21, 32:21
**feet** [3] - 23:5, 23:6, 23:7
**felt** [2] - 29:2, 50:13
**Fennigkoh** [4] - 2:8, 2:21, 21:22, 31:17
**FENNIGKOH** [1] - 1:8
**few** [5] - 6:13, 13:12, 34:14, 41:2, 67:24
**field** [1] - 68:5
**Field** [8] - 5:11, 5:16, 5:18, 5:21, 6:4, 68:10, 68:14, 69:11
**figure** [1] - 25:17
**figured** [1] - 29:20
**fill** [8] - 8:22, 18:12, 48:12, 51:18, 54:19, 56:8, 65:8, 66:1
**filled** [5] - 32:19, 52:13, 64:18, 65:22, 66:21
**filling** [5] - 48:11, 57:11, 65:2, 65:15,

65:19
**fills** [2] - 65:24, 66:24
**financially** [1] - 72:12
**fine** [2] - 7:6, 12:16
**finish** [1] - 29:9
**first** [12] - 10:10, 13:10, 13:14, 14:17, 25:9, 28:20, 42:6, 43:5, 44:3, 57:15, 63:1, 72:5
**first-timer** [1] - 44:3
**five** [3] - 17:20, 17:21, 53:8
**flashlight** [1] - 24:6
**flip** [3] - 8:7, 53:8, 56:24
**flipping** [1] - 53:14
**float** [1] - 46:11
**floating** [2] - 46:17, 56:7
**floor** [2] - 24:3, 29:14
**Floor** [2] - 2:3, 2:14
**flustered** [1] - 28:8
**focussing** [1] - 67:16
**folders** [1] - 51:11
**folks** [5] - 17:16, 18:17, 18:22, 21:7, 40:10
**follow** [1] - 47:8
**followed** [1] - 27:12
**following** [2] - 56:4, 56:5
**follows** [1] - 4:4
**FOR** [1] - 1:2
**force** [1] - 11:24
**forces** [1] - 5:12
**forgetting** [2] - 20:18, 28:13
**forgot** [1] - 6:6
**form** [13] - 33:16, 38:10, 46:4, 47:5, 50:19, 51:21, 59:4, 59:15, 60:5, 66:8, 66:18, 67:13, 70:10
**format** [2] - 33:12, 34:20
**Forms** [1] - 18:13
**forth** [2] - 25:3, 45:20
**foundation** [1] - 66:19
**four** [4] - 12:24, 17:18, 17:21, 31:2
**free** [2] - 19:9, 27:10
**freedom** [1] - 70:15
**freely** [1] - 38:25
**Freight** [1] - 5:19
**fresh** [1] - 32:23
**Fritz** [2] - 25:1, 27:1

## G

**gasping** [3] - 24:10, 24:11, 25:14
**gathered** [1] - 41:4
**GAYNOR** [2] - 2:6, 2:18
**gen** [1] - 5:2
**general** [4] - 21:11, 21:13, 40:2, 62:9
**generally** [4] - 18:23, 51:23, 55:15, 67:15
**GERAGHTY** [1] - 2:14
**gesture** [1] - 7:10
**given** [1] - 60:19
**grab** [1] - 56:6
**graduated** [4] - 4:12, 4:18, 5:10, 9:12
**great** [1] - 6:16
**GREGORY** [1] - 1:4, 1:12
**Gregory** [1] - 2:4
**group** [2] - 41:5, 41:8
**guarantee** [1] - 9:7
**guard** [2] - 12:11, 60:22
**Guard** [2] - 5:11, 6:1
**guards** [1] - 51:5
**guess** [4] - 28:8, 32:17, 33:15, 68:24
**guessing** [1] - 7:19
**guys** [2] - 43:8, 62:16

## H

**halfway** [1] - 21:21
**Hallman** [3] - 30:14, 31:13, 40:15
**hallway** [2] - 17:9, 23:1
**HAND** [1] - 72:16
**hand** [6] - 14:13, 18:14, 46:15, 50:20, 56:15
**handling** [1] - 42:20
**hands** [1] - 61:5
**HANSEN** [1] - 2:10
**hard** [4] - 7:9, 9:6, 9:19, 42:5
**harder** [1] - 69:14
**HARDY** [2] - 2:13, 71:2
**Harley** [1] - 4:25
**Harley-Davidson** [1] - 4:25
**HARMSTON** [1] - 1:17
**Harmston** [1] - 2:16
**head** [3] - 7:5, 26:25,

63:21

**heading** [1] - 34:2

**HEALTHCARE** [1] - 1:8

**Healthcare** [2] - 2:8, 2:20

**hear** [3] - 66:25, 67:3, 67:6

**heard** [1] - 43:15

**hearing** [1] - 58:3

**heart** [3] - 9:20, 9:24, 25:17

**held** [1] - 10:6

**helicopter** [1] - 27:5

**help** [4] - 25:2, 48:4, 48:12, 58:25

**helped** [1] - 46:14

**helping** [3] - 48:3, 59:1

**Hendrickson** [4] - 2:12, 30:13, 31:13, 40:14

**HENDRICKSON** [1] - 1:9

**hereby** [1] - 72:3

**herself** [3] - 44:20, 62:22, 64:6

**high** [4] - 4:13, 9:13, 42:7

**High** [1] - 4:18

**higher** [2] - 68:6, 69:17

**history** [3] - 4:17, 9:10, 12:10

**holding** [1] - 26:25

**home** [1] - 32:11

**honestly** [1] - 34:1

**hooked** [2] - 50:5, 62:17

**hospital** [1] - 25:7

**hour** [2] - 18:11, 31:2

**hours** [6] - 15:23, 16:10, 44:25, 45:4, 54:16, 68:17

**housed** [2] - 20:25, 21:6

**housing** [31] - 4:13, 16:22, 17:6, 17:9, 17:20, 18:1, 18:8, 18:10, 21:21, 22:23, 23:4, 23:13, 24:2, 28:18, 30:7, 33:4, 45:8, 45:11, 45:14, 45:22, 51:7, 55:9, 55:17, 55:18, 55:23, 56:2, 56:6, 56:17, 61:2

**hum** [1] - 11:1, 44:22, 58:18

**human** [1] - 40:4

**hundred** [1] - 23:6

**hurts** [1] - 9:25

**I**

**idea** [1] - 33:18

**ideal** [1] - 17:20

**Illinois** [1] - 2:3

**imagine** [5] - 9:15, 18:16, 40:22, 51:3, 51:4

**impact** [1] - 70:18

**impartiality** [1] - 72:14

**IN** [1] - 1:1

**Inc** [2] - 2:8, 2:20

**INC** [1] - 1:8

**incident** [26] - 12:18, 12:22, 27:21, 29:19, 29:22, 31:6, 31:19, 35:5, 35:6, 35:8, 35:23, 36:18, 37:16, 37:25, 38:4, 38:6, 38:9, 38:21, 39:1, 40:19, 41:5, 44:25, 45:5, 47:6, 50:25, 67:25

**independent** [2] - 14:10, 15:12

**indicate** [4] - 25:10, 26:9, 55:16, 56:13

**indicates** [1] - 58:19

**indication** [1] - 26:1

**inferring** [1] - 43:7

**information** [16] - 32:22, 32:25, 33:14, 33:15, 35:17, 37:2, 37:5, 65:3, 65:12, 66:1, 66:3, 66:13, 66:16, 67:1, 67:4, 67:12

**informed** [3] - 32:20, 41:18, 41:19

**initial** [2] - 17:1, 47:23

**initiated** [1] - 48:2

**inmate** [2] - 20:13, 45:22

**Inmate** [1] - 18:13

**inmates** [5] - 18:11, 21:2, 21:12, 37:2, 45:14

**inside** [1] - 48:23

**instance** [1] - 1:21

**instead** [2] - 7:10, 32:11

**instruction** [2] - 60:18, 60:23

**instructions** [1] - 60:18

**interact** [1] - 64:11

**interacting** [1] - 20:8

**interaction** [3] - 38:7, 46:8, 57:10

**interactions** [3] - 20:12, 44:6, 64:16

**interest** [1] - 72:13

**interested** [2] - 68:8, 72:12

**International** [2] - 5:11, 6:1

**interrupt** [1] - 50:8

**interviewing** [1] - 38:3

**introduced** [1] - 4:8

**investigated** [1] - 35:7

**investigative** [1] - 37:24

**involved** [5] - 9:18, 10:8, 10:19, 10:21, 36:18

**involves** [2] - 15:7, 65:2

**issue** [2] - 21:4, 21:8

**issues** [2] - 21:2, 21:3

**itself** [1] - 10:6

**J**

**jail** [35] - 11:17, 11:22, 12:23, 15:22, 16:1, 17:13, 17:16, 19:25, 20:9, 20:25, 21:12, 27:12, 27:13, 28:22, 29:22, 30:17, 31:6, 32:15, 34:4, 36:21, 38:14, 41:12, 41:17, 43:16, 44:25, 51:4, 62:14, 64:10, 64:13, 67:25, 68:2, 68:12, 68:18, 69:15, 69:22

**Jail** [5] - 11:19, 12:11, 12:20, 33:20, 70:20

**Jeff** [9] - 22:16, 27:23, 28:11, 28:15, 28:16, 28:18, 28:24, 37:14, 61:25

**Jeffrey** [1] - 37:19

**Jellystone** [2] - 5:5, 5:9

**Jillian** [1] - 2:17

**JILLIAN** [1] - 1:17

**job** [5] - 5:11, 10:4, 16:23, 30:10, 70:12

**jog** [1] - 63:24

**jogging** [1] - 67:9

**jogs** [3] - 8:15, 58:11, 63:8

**Johnson** [3] - 1:23, 2:16, 72:19

**JOHNSON** [1] - 1:17

**jones** [1] - 9:6

**JONES** [21] - 2:10, 8:25, 12:6, 14:22, 15:2, 15:5, 37:16, 38:10, 44:1, 51:21, 53:20, 59:4, 59:15, 60:5, 63:12, 64:20, 66:8, 66:18, 67:13, 70:10, 71:3

**judge** [1] - 6:11

**july** [1] - 72:23

**jury** [1] - 6:11

**justice** [1] - 5:4

**K**

**KAFKA** [1] - 2:18

**KENNEDY** [1] - 2:14

**keys** [3] - 16:18, 16:21, 17:7

**kind** [17] - 4:17, 11:12, 12:5, 19:4, 21:1, 26:11, 26:19, 28:3, 37:3, 41:5, 42:6, 45:19, 46:17, 47:23, 49:11, 56:9, 68:19

**KNOTT** [5] - 2:6, 2:6, 2:18, 54:6, 70:25

**knowing** [1] - 26:8

**knowledge** [1] - 49:15

**Kristine 's** [2] - 22:18, 24:17

**KYLE** [4] - 1:20, 3:2, 4:2, 72:4

**L**

**lack** [1] - 55:15

**LACROSSE** [1] - 72:2

**last** [1] - 14:22

**late** [1] - 54:19

**law** [7] - 5:4, 68:7, 68:19, 69:8, 70:1, 70:2, 70:5

**lawyers** [4] - 13:2, 13:4, 13:8, 15:14

**laying** [1] - 24:3

**leading** [2] - 18:4, 18:5

**learn** [1] - 22:14

**least** [5] - 12:16, 17:19, 18:20, 25:16, 50:14

**leave** [10] - 12:20, 12:23, 28:23, 29:16, 48:15, 49:8, 69:7, 69:8, 69:9, 70:19

**leaving** [1] - 69:22

**left** [13] - 5:15, 27:12,

28:22, 29:12, 29:23, 30:3, 31:19, 44:20, 44:24, 56:6, 59:24, 67:25, 68:12

**LEIB** [2] - 2:6, 2:18

**lend** [1] - 56:15

**letters** [1] - 35:4

**life** [5] - 7:6, 9:15, 9:21, 11:4, 26:2

**lifeguard** [3] - 4:23, 9:12, 10:23

**light** [1] - 26:1

**lines** [2] - 51:20, 64:5

**LISA** [1] - 1:8

**Lisa** [10] - 2:8, 2:20, 63:22, 64:7, 64:9, 64:11, 64:20, 65:12, 67:1, 67:3

**list** [3] - 47:6, 55:22, 62:2

**listened** [1] - 24:22

**lived** [1] - 5:5

**living** [1] - 32:8

**LLC** [3] - 2:6, 2:10, 2:18

**local** [2] - 4:23, 10:2

**lock** [1] - 19:9

**lockdown** [2] - 18:19, 18:25

**locked** [2] - 19:6, 56:19

**LOEVY** [2] - 2:2

**log** [6] - 52:23, 56:1, 58:8, 58:15, 59:9, 60:10

**Log** [6] - 13:24, 13:25, 15:19, 52:19, 53:6, 53:17

**logs** [1] - 59:18

**longest** [1] - 31:3

**look** [5] - 14:15, 27:11, 33:11, 50:2, 61:24

**looked** [2] - 21:10, 52:18

**looking** [3] - 56:12, 58:15, 59:18

**looks** [4] - 56:24, 57:15, 59:19, 60:2

**losing** [1] - 26:11

**lost** [2] - 62:17, 63:19

**Lucas** [3] - 27:23, 28:22, 62:16

**M**

**Maas** [2] - 25:1, 25:2

**mail** [3] - 18:13, 18:14

**main** [3] - 24:1, 47:24, 55:22

**manner** [1] - 23:14
**mark** [1] - 71:1
**MARK** [1] - 2:13
**marked** [3] - 3:8, 14:13, 42:10
**married** [1] - 32:6
**mask** [2] - 25:4, 27:2
**Master** [11] - 13:25, 16:20, 17:4, 17:19, 17:24, 24:14, 27:24, 28:23, 55:18, 55:19, 55:24
**mean** [16] - 20:11, 21:24, 26:23, 36:9, 40:17, 42:6, 43:2, 43:12, 43:14, 44:16, 50:7, 53:4, 56:16, 57:5, 64:23, 65:17
**means** [1] - 26:7
**meant** [1] - 27:16
**med** [1] - 21:14
**medical** [18] - 15:7, 15:12, 18:6, 20:10, 20:19, 20:23, 21:2, 21:4, 21:8, 22:12, 44:12, 44:25, 45:4, 47:5, 47:6, 47:14, 65:5, 65:6
**MEDICAL** [1] - 1:16
**Medical** [1] - 2:16
**medication** [2] - 14:6, 61:4
**meet** [1] - 41:14
**meeting** [3] - 13:13, 41:5, 41:9
**memory** [8] - 7:18, 8:15, 31:5, 55:6, 55:10, 58:12, 60:4, 67:9
**mentally** [1] - 39:5
**mentioned** [1] - 50:23
**met** [3] - 13:4, 13:9, 41:15
**middle** [2] - 48:10, 64:15
**might** [14] - 13:15, 14:3, 18:23, 25:11, 26:3, 26:16, 30:23, 31:15, 33:25, 36:4, 40:2, 42:25, 54:6, 61:23
**milieu** [2] - 18:23, 18:24, 19:1
**Milwaukee** [5] - 2:7, 2:11, 2:19
**mind** [4] - 8:18, 15:10, 15:15, 19:12
**minds** [1] - 32:23
**mine** [2] - 14:16, 14:19
**Minnesota** [3] - 2:15,

4:19, 5:1
**minute** [2] - 42:11, 42:13
**mobile** [1] - 58:6
**mobile-type** [1] - 58:6
**moga** [4] - 4:6, 13:1, 42:15, 70:23
**MOGA** [4] - 1:20, 3:2, 4:2, 72:4
**Moga** [2] - 32:1, 53:18
**moment** [2] - 57:10, 62:14
**Monroe** [13] - 2:12, 5:16, 11:19, 12:11, 12:20, 33:13, 33:20, 41:11, 41:23, 69:3, 69:9, 69:13, 70:19
**MONROE** [1] - 1:9
**months** [4] - 5:6, 12:17, 12:24, 67:24
**morning** [8] - 4:6, 4:7, 15:23, 54:2, 54:9, 54:10, 54:14, 54:15
**most** [2] - 13:16, 28:5
**mouth** [1] - 52:2
**MR** [40] - 4:5, 8:25, 9:5, 12:6, 12:8, 14:22, 14:23, 15:2, 15:4, 15:5, 15:6, 37:16, 37:17, 38:10, 44:1, 44:4, 51:21, 53:13, 53:15, 53:20, 54:6, 54:8, 59:4, 59:6, 59:15, 60:5, 63:12, 63:13, 64:20, 64:21, 66:8, 66:18, 67:13, 70:10, 70:22, 70:25, 71:1, 71:2, 71:3, 71:5
**MY** [1] - 72:16

# N

**name** [6] - 20:18, 24:5, 37:21, 55:13, 55:15, 61:21
**named** [1] - 20:13
**names** [1] - 28:14
**Nancy** [2] - 1:23, 72:19
**narrating** [1] - 23:23
**narrative** [1] - 36:15
**navigate** [1] - 47:11
**necessarily** [1] - 66:20
**necessary** [1] - 50:14
**need** [15] - 4:13, 16:19, 16:22, 17:7, 18:12, 29:15, 35:9, 35:22, 45:14, 47:8,

48:12, 51:1, 51:18, 51:19, 60:9
**needed** [9] - 17:18, 21:9, 25:16, 35:18, 46:15, 48:6, 59:8, 62:14, 64:24
**needing** [4] - 48:15, 54:19, 65:1
**needs** [1] - 25:20
**next** [5] - 32:14, 32:17, 56:24, 63:19, 63:20
**night** [7] - 16:2, 19:25, 22:3, 24:9, 40:10, 56:20, 64:15
**nonpod** [1] - 19:7
**normal** [6] - 7:6, 16:9, 18:10, 19:25, 20:12, 45:14
**NORMAN** [1] - 1:17
**Norman** [1] - 2:16
**North** [4] - 2:2, 2:6, 2:10, 2:18
**Notary** [1] - 4:3
**note** [1] - 25:21
**nothing** [7] - 4:14, 20:1, 23:4, 25:12, 48:17, 55:11, 58:11
**notice** [1] - 1:21
**noticed** [2] - 9:1, 72:8
**noticing** [1] - 29:13
**NOVEMBER** [1] - 72:16
**November** [2] - 1:22, 72:4
**number** [14] - 35:2, 35:3, 35:7, 35:9, 35:10, 35:13, 35:14, 35:20, 35:23, 37:11, 49:7, 53:6, 53:19
**numbered** [1] - 49:6
**numbers** [1] - 35:4
**nurse's** [3] - 21:18, 49:4, 60:25
**nurses** [1] - 21:11
**nurses's** [1] - 21:19
**nursing** [1] - 21:3

# O

**o'clock** [3] - 18:18, 19:3, 19:5
**O'LOUGHLIN** [1] - 2:14
**oath** [2] - 4:4, 6:9
**objection** [10] - 38:10, 51:21, 53:13, 59:4, 59:15, 60:5, 66:8, 66:18, 67:13, 70:10
**observation** [1] - 58:8

**obviously** [3] - 43:2, 51:16, 61:7
**occurred** [2] - 40:7, 40:25, 56:21
**occurring** [1] - 55:6
**OF** [4] - 1:2, 72:1, 72:2, 72:16
**office** [6] - 21:4, 21:18, 21:19, 39:22, 49:4, 60:25
**officer** [2] - 66:11, 66:21
**officers** [2] - 66:15, 66:25
**official** [1] - 10:1
**once** [2] - 10:14, 46:4
**one** [24] - 6:14, 8:16, 13:10, 14:19, 17:16, 24:1, 27:8, 31:20, 31:21, 33:2, 33:19, 36:14, 38:2, 43:6, 51:7, 53:9, 53:23, 55:25, 59:8, 60:18, 65:19, 66:3
**ones** [4] - 13:23, 28:22, 45:17, 46:5
**open** [3] - 24:11, 27:1, 29:14
**options** [1] - 58:4
**ordered** [1] - 72:9
**orient** [1] - 54:5
**original** [1] - 72:8
**outside** [3] - 43:10, 43:18, 67:4
**overlap** [2] - 22:4, 30:24
**overlapped** [1] - 43:22
**overtime** [1] - 31:1
**own** [4] - 1:5, 1:13, 2:4, 36:13

# P

**P.A** [1] - 2:14
**p.m** [12] - 16:2, 16:4, 16:17, 34:19, 53:10, 54:21, 54:22, 57:16, 58:12, 62:11, 71:6
**P.O** [1] - 72:20
**pads** [1] - 24:18
**page** [1] - 14:22
**paid** [2] - 68:22, 68:23
**Pain** [2] - 58:19, 59:20
**pair** [1] - 45:15
**paramedics** [2] - 27:12, 29:12
**Parker** [1] - 2:12
**PARKER** [1] - 1:9
**parking** [1] - 16:23

**part** [6] - 6:3, 8:17, 43:13, 44:7, 69:18
**particular** [7] - 10:17, 19:14, 19:22, 20:2, 20:9, 22:24, 47:14
**particulars** [1] - 45:9
**parties** [3] - 72:9, 72:11, 72:13
**party** [1] - 72:8
**pass** [1] - 21:14
**passed** [1] - 64:2
**Paul** [1] - 2:15
**pause** [1] - 8:21
**pay** [4] - 68:6, 68:15, 68:16, 69:17
**people** [8] - 6:23, 7:2, 10:12, 18:23, 18:24, 28:20, 39:8, 46:13
**person** [9] - 13:13, 13:14, 28:1, 49:18, 55:22, 59:8, 66:4, 66:6, 67:22
**personal** [1] - 39:7
**persons** [1] - 72:13
**pertaining** [1] - 11:17
**phone** [18] - 13:13, 44:19, 53:2, 53:22, 53:23, 57:5, 57:6, 57:19, 57:25, 58:1, 58:3, 58:5, 58:6, 60:7, 60:14, 65:13
**phones** [1] - 49:14
**physically** [1] - 33:1
**PISNEY** [1] - 1:8
**pisney** [1] - 67:12
**Pisney** [3] - 2:8, 2:20, 67:1
**place** [3] - 20:22, 20:25, 32:8
**Place** [1] - 2:14
**places** [1] - 47:24
**plain** [1] - 23:19
**Plaintiff** [5] - 1:6, 1:14, 1:21, 2:5, 4:9
**pod** [1] - 19:2
**pods** [2] - 18:20, 18:22
**point** [18] - 8:16, 21:23, 22:5, 27:6, 30:7, 30:17, 31:18, 38:12, 39:18, 43:14, 45:10, 46:19, 46:20, 49:19, 56:16, 58:25, 61:16, 62:21
**police** [3] - 5:6, 5:14, 70:2
**Police** [1] - 11:7
**pool** [1] - 4:24
**population** [2] - 21:11, 21:13

**port** [1] - 16:25
**POSC** [4] - 11:25, 12:4, 12:6
**position** [1] - 67:19
**possible** [1] - 36:9
**possibly** [2] - 37:9, 38:12
**post** [2] - 56:15, 56:20
**practice** [2] - 36:17, 68:24
**practitioner** [1] - 67:5
**predeposition** [1] - 13:2
**preferred** [1] - 70:14
**prepare** [4] - 11:3, 12:25, 13:20, 52:21
**presence** [1] - 15:21
**pressure** [1] - 50:5
**pretty** [8] - 9:17, 30:2, 42:5, 42:22, 64:15, 66:22, 66:23
**previous** [2] - 55:10, 56:15
**previously** [1] - 14:13
**problem** [2] - 9:20, 62:12
**problems** [2] - 25:11, 26:3
**produced** [1] - 41:3
**Professional** [2] - 1:24, 72:20
**professional** [2] - 65:6, 70:13
**program** [1] - 10:1
**promoted** [1] - 5:18
**proper** [1] - 46:3
**property** [7] - 45:16, 45:19, 45:23, 45:24, 47:16, 47:18, 47:21
**Protocol** [23] - 47:2, 47:4, 47:5, 47:8, 47:10, 47:12, 48:7, 48:11, 48:12, 50:14, 50:20, 50:23, 51:2, 51:19, 52:13, 57:11, 58:20, 59:12, 59:20, 59:23, 64:22, 65:2, 66:11
**Protocols** [11] - 51:3, 51:10, 64:12, 64:19, 64:23, 65:8, 65:12, 65:16, 66:17, 66:21, 66:22
**provide** [2] - 60:20, 66:4
**provider** [1] - 59:25
**Psychological** [1] - 2:16
**PSYCHOLOGICAL** [1] - 1:16

**Public** [1] - 4:3
**pull** [1] - 16:23
**pulled** [3] - 24:6, 24:24, 39:22
**pulling** [2] - 10:12, 10:14
**pumping** [1] - 29:7
**purple** [2] - 25:22, 25:23
**pursuant** [2] - 1:21, 1:23
**push** [1] - 43:20
**put** [8] - 24:18, 24:19, 24:22, 36:10, 37:7, 52:2, 53:2, 53:24

---

**Q**

**questions** [9] - 7:24, 42:14, 44:1, 47:9, 47:12, 64:25, 70:25, 71:2, 71:3
**quick** [1] - 27:18
**quickly** [4] - 12:10, 53:12, 53:18, 54:5
**quiet** [3] - 18:16, 49:22, 53:25
**quite** [6] - 11:6, 34:6, 36:2, 43:8, 46:11, 58:20

---

**R**

**radio** [7] - 16:18, 16:20, 17:4, 17:7, 17:23, 23:8
**radioed** [2] - 24:14, 50:14
**random** [1] - 56:13
**rate** [1] - 72:9
**read** [3] - 42:11, 42:13, 71:4
**reading** [2] - 42:24, 57:23
**ready** [1] - 42:15
**real** [1] - 53:12
**realize** [1] - 25:15
**realized** [1] - 69:25
**really** [10] - 7:8, 7:9, 24:8, 38:25, 43:10, 43:17, 53:17, 54:5, 55:11, 62:25
**reason** [2] - 47:20, 69:22
**reasonable** [1] - 66:10
**reasoning** [1] - 69:18
**receive** [1] - 11:22
**received** [2] - 9:15,

11:16
**receiving** [4] - 20:15, 20:19, 20:22, 60:23
**recent** [1] - 13:16
**recognizing** [2] - 9:18, 25:12
**recollection** [13] - 7:20, 8:13, 14:10, 15:12, 16:11, 19:22, 34:11, 48:10, 52:4, 57:7, 57:22, 63:8, 63:25
**record** [2] - 7:9, 72:6
**recording** [1] - 57:20
**records** [1] - 10:20
**red** [1] - 25:23
**Red** [1] - 10:4
**refer** [1] - 62:10
**referring** [2] - 44:23, 45:3
**refers** [1] - 34:25
**reflect** [1] - 59:12
**reflected** [1] - 37:11
**reflections** [1] - 42:23
**reflects** [1] - 60:19
**refreshers** [3] - 11:9, 11:10, 11:16
**regard** [1] - 67:18
**regarding** [1] - 11:19
**Registered** [2] - 1:24, 72:20
**relation** [1] - 21:19
**relative** [2] - 72:11, 72:12
**relay** [2] - 66:12, 66:16
**relaying** [4] - 66:3, 67:1, 67:4, 67:12
**relieve** [1] - 60:13
**remember** [95] - 11:21, 12:2, 12:4, 12:14, 15:15, 19:14, 19:15, 22:13, 22:15, 22:20, 22:24, 23:12, 23:25, 24:5, 25:5, 25:24, 26:5, 28:9, 28:24, 29:13, 30:12, 30:16, 30:18, 30:19, 30:21, 31:9, 31:12, 32:10, 32:16, 33:10, 34:1, 34:3, 34:6, 34:7, 36:2, 36:4, 36:7, 36:24, 36:25, 38:12, 39:20, 39:23, 40:1, 40:9, 40:16, 40:20, 41:7, 44:5, 44:9, 44:11, 46:10, 46:22, 46:25, 47:3, 48:2, 48:7, 48:14, 48:19, 49:17, 49:20, 49:21, 49:24, 50:3,

50:4, 50:6, 51:15, 51:16, 51:17, 51:25, 52:5, 52:17, 52:25, 53:1, 53:10, 53:11, 54:25, 55:1, 55:19, 58:14, 60:6, 60:12, 61:3, 61:14, 61:15, 61:18, 61:25, 62:4, 62:20, 63:14, 63:15, 63:17, 64:4, 68:13
**remembered** [1] - 41:22
**remind** [1] - 12:9
**repeat** [1] - 59:17
**rephrase** [1] - 8:3
**Report** [2] - 13:24, 14:12
**report** [16] - 14:20, 14:24, 15:7, 25:21, 27:10, 32:19, 33:12, 34:21, 35:10, 35:12, 35:18, 35:22, 36:5, 36:8, 38:6
**reported** [2] - 1:23, 72:3
**reporter** [5] - 6:14, 6:21, 7:1, 7:8, 7:14
**Reporter** [2] - 1:24, 72:20
**reports** [4] - 14:15, 14:25, 33:19, 37:4
**represent** [2] - 4:9, 55:2
**request** [1] - 46:4
**Request** [1] - 18:13
**rescue** [1] - 10:21
**rescuing** [1] - 10:19
**respect** [1] - 62:8
**respectful** [1] - 70:14
**respond** [3] - 9:3, 23:13, 28:20
**responded** [1] - 23:24
**response** [1] - 7:13
**restraint** [2] - 12:4, 12:5
**retrieve** [1] - 46:6
**return** [1] - 30:6
**returned** [1] - 60:4
**returning** [1] - 30:6
**returns** [1] - 61:7
**review** [1] - 13:20
**reviewed** [7] - 13:23, 14:4, 14:18, 14:19, 14:24, 15:13, 15:18
**REYNOLDS** [1] - 2:10
**rhythm** [1] - 25:18
**ring** [1] - 51:9
**road** [1] - 70:6
**robotic** [1] - 64:25
**role** [1] - 9:16

**roles** [1] - 11:5
**rollable** [1] - 58:6
**room** [7] - 6:8, 24:25, 41:16, 45:19, 47:16, 47:18, 47:21
**route** [2] - 70:3, 70:5
**routine** [1] - 16:11
**rule** [3] - 7:4, 9:7, 18:21
**running** [2] - 27:1, 54:19
**Ryan** [6] - 29:24, 30:13, 31:13, 39:19, 40:15

---

**S**

**S.C** [1] - 2:16
**sally** [1] - 16:25
**sandals** [2] - 45:16, 47:22
**Saturday** [1] - 55:4
**saved** [1] - 36:23
**saving** [6] - 9:15, 9:21, 10:11, 10:14, 11:5, 26:2
**saw** [4] - 24:3, 24:9, 25:9, 25:22
**Scenario** [1] - 34:22
**SCHAMBER** [1] - 1:17
**Schamber** [1] - 2:16
**schedule** [6] - 13:11, 69:10, 69:12, 69:15, 69:21
**scheduled** [2] - 30:22, 32:17
**school** [3] - 4:13, 9:13, 70:1
**School** [1] - 4:18
**Schwanz** [4] - 22:16, 28:15, 28:16, 28:18
**scissors** [1] - 24:16
**scope** [1] - 68:24
**scroll** [1] - 53:17
**SEAL** [1] - 72:16
**sec** [1] - 22:19
**second** [2] - 7:4, 13:15
**section** [1] - 34:21
**security** [2] - 5:12, 68:9
**see** [22] - 12:24, 19:15, 27:14, 31:17, 34:2, 34:8, 34:21, 34:23, 45:24, 47:25, 50:19, 50:21, 52:23, 53:8, 53:9, 53:18, 55:13, 58:20, 59:1, 62:15, 62:18

**seeing** [5] - 21:22, 21:24, 22:10, 39:11, 58:1
**Senior** [1] - 4:18
**sense** [7] - 7:16, 7:21, 8:5, 8:23, 34:13, 34:14, 59:2
**sensitive** [1] - 42:7
**sent** [3] - 14:6, 21:5, 33:25
**sentence** [1] - 63:20
**sequence** [1] - 56:12
**Sergeant** [8] - 22:15, 27:20, 28:4, 29:17, 35:16, 35:21, 36:12, 38:17
**serious** [1] - 29:19
**service** [1] - 1:22
**set** [2] - 15:10, 35:4
**setting** [3] - 15:13, 20:3, 20:5
**settle** [1] - 18:20
**Seventh** [1] - 2:14
**several** [2] - 12:17, 45:4
**severity** [1] - 39:1
**shaking** [1] - 24:6
**SHASTA** [1] - 1:9
**Shasta** [39] - 2:12, 31:24, 32:1, 42:12, 42:19, 43:6, 43:22, 44:5, 44:23, 44:24, 46:9, 46:24, 47:1, 48:1, 48:5, 48:10, 49:2, 49:8, 50:16, 50:19, 51:14, 57:10, 58:16, 58:17, 59:19, 60:19, 61:3, 61:16, 62:5, 62:10, 62:21, 63:9, 63:15, 64:1, 64:5, 65:15, 67:3, 67:10
**Shasta 's** [1] - 50:19
**shears** [2] - 24:15, 24:16
**Sheriff 's** [1] - 33:13
**shift** [49] - 15:25, 16:2, 16:7, 16:12, 16:16, 17:12, 17:17, 17:25, 18:17, 19:13, 19:17, 19:18, 19:20, 19:21, 20:16, 20:20, 21:23, 21:25, 22:5, 22:7, 27:13, 30:7, 30:20, 30:22, 31:1, 31:10, 31:17, 31:20, 31:21, 31:22, 31:23, 32:11, 32:14, 34:17, 39:14, 40:3, 43:23, 44:8, 44:21, 54:15, 54:16,

54:23, 54:24, 55:10, 55:20, 56:2, 56:5, 57:2, 68:17
**shifts** [2] - 22:3, 31:3
**shock** [1] - 24:23
**shocked** [1] - 24:23
**shook** [3] - 27:20, 28:3, 28:5
**show** [6] - 42:9, 53:9, 53:12, 54:2, 55:25, 56:14
**showed** [2] - 26:12, 26:21
**side** [2] - 8:7, 70:6
**sign** [2] - 9:23, 71:4
**signs** [1] - 9:18
**similar** [1] - 10:22
**sit** [3] - 33:6, 38:13, 43:19
**sit-down** [1] - 38:13
**sitting** [6] - 6:8, 46:22, 46:23, 48:22, 48:23, 49:22
**situation** [4] - 29:8, 42:8, 43:3, 46:15
**six** [15] - 16:2, 16:3, 16:4, 16:5, 16:17, 19:17, 30:22, 34:18, 54:20, 54:21, 54:22, 58:12
**sixty** [1] - 53:8
**sixty-five** [1] - 53:8
**sketch** [1] - 4:13
**Skinner** [1] - 62:1
**sleep** [1] - 19:10
**slight** [1] - 68:16
**slightly** [1] - 68:23
**slot** [1] - 16:21
**slow** [1] - 22:19
**small** [1] - 27:17
**SO** [1] - 34:22
**SO-CR** [1] - 34:22
**software** [1] - 34:5
**someone** [6] - 9:19, 20:15, 20:22, 56:9, 56:17, 60:22
**somewhere** [2] - 33:3, 36:23
**soon** [2] - 26:18, 32:22
**sorry** [9] - 6:15, 21:15, 21:17, 24:21, 28:13, 31:1, 44:2, 50:7, 67:3
**sort** [11] - 18:14, 25:11, 33:16, 34:20, 37:23, 38:8, 40:3, 41:8, 46:8, 56:13, 61:4
**sounds** [5] - 37:21,

42:24, 43:7, 45:8, 46:8
**South** [1] - 1:22
**Southeast** [1] - 5:1
**space** [1] - 23:3
**Sparta** [2] - 1:23, 72:4
**speaking** [2] - 31:12, 32:10
**special** [3] - 20:19, 20:23, 20:25
**specific** [10] - 17:11, 26:4, 35:5, 35:6, 38:13, 39:21, 40:21, 47:20, 53:11, 63:17
**specifically** [1] - 36:9
**specifics** [7] - 36:2, 39:5, 44:9, 48:14, 51:15, 52:12, 61:14
**speculating** [1] - 7:19
**spell** [1] - 5:23
**Spencer** [3] - 37:15, 37:18, 37:20
**spent** [1] - 17:24
**spoken** [2] - 26:17, 31:15
**spot** [2] - 22:25, 60:13
**ss** [1] - 72:1
**St** [1] - 2:15
**staff** [3] - 20:10, 27:13, 46:13
**STAFFING** [1] - 1:16
**Staffing** [1] - 2:16
**stamp** [1] - 34:7
**Stan** [7] - 2:12, 29:24, 30:12, 30:13, 31:12, 39:19, 40:14
**STAN** [1] - 1:9
**standing** [3] - 44:15, 44:18, 46:23
**start** [3] - 4:11, 15:21, 38:16
**started** [7] - 5:19, 6:6, 22:1, 24:18, 36:15, 46:25, 48:3
**starting** [1] - 4:12
**starts** [1] - 16:23
**State** [1] - 5:3
**STATE** [1] - 72:1
**states** [1] - 57:21
**STATES** [1] - 1:1
**Statutes** [1] - 1:23
**stay** [3] - 19:10, 27:1, 70:2
**stayed** [2] - 48:5, 48:16
**step** [2] - 47:9
**step-by-step** [1] - 47:9
**STEPHEN** [1] - 2:2
**stepped** [1] - 26:19
**Steve** [1] - 4:8

**stick** [1] - 61:12
**sticks** [2] - 19:12, 20:1
**still** [1] - 61:25
**stood** [1] - 49:1
**straightforward** [1] - 66:23
**Street** [6] - 1:22, 2:3, 2:7, 2:11, 2:15, 2:19
**stress** [1] - 42:8
**stressing** [1] - 43:1
**strike** [2] - 66:6, 67:22
**stuff** [4] - 29:16, 33:24, 37:2, 46:4
**submitted** [1] - 36:11
**subpoena** [1] - 1:22
**substance** [2] - 13:7, 64:17
**substantial** [1] - 72:14
**suffering** [1] - 47:13
**Suite** [3] - 2:7, 2:11, 2:19
**summers** [2] - 4:24, 9:12
**Sunday** [2] - 22:10, 54:10
**super** [1] - 24:8
**supervisor** [2] - 38:14, 38:15
**supervisors** [2] - 38:8, 40:20
**Supplemental** [2] - 13:24, 14:12
**supposed** [3] - 62:7, 62:16, 62:23
**swimming** [1] - 4:24
**switch** [1] - 56:19
**sworn** [2] - 4:3, 72:5
**system** [1] - 36:25

**T**

**task** [1] - 61:12
**Tavis** [1] - 2:16
**Technical** [1] - 5:1
**techniques** [1] - 9:21
**ten** [3] - 18:22, 18:25, 31:2, 54:20
**tend** [1] - 44:12
**tendency** [1] - 72:14
**terms** [5] - 8:13, 17:12, 33:22, 58:23, 67:10
**test** [1] - 7:18
**testified** [3] - 4:4, 6:17, 6:19
**testimony** [2] - 72:5, 72:7
**THE** [6] - 1:1, 1:2, 9:4, 12:7, 44:2, 70:24

**thereafter** [1] - 62:21
**thinking** [2] - 29:21, 63:5
**third** [1] - 13:19
**THIS** [1] - 72:16
**three** [3] - 13:16, 51:9, 62:11
**three-ring** [1] - 51:9
**throughout** [1] - 64:13
**thumbnail** [1] - 4:13
**timer** [1] - 44:3
**today** [2] - 13:1, 13:21
**took** [4] - 25:2, 25:5, 26:18, 60:6
**top** [2] - 33:13, 34:20
**town** [1] - 6:4
**trained** [2] - 65:25, 66:12
**training** [23] - 6:2, 9:16, 9:17, 9:18, 10:1, 10:8, 11:4, 11:6, 11:8, 11:9, 11:11, 11:19, 11:22, 11:24, 12:1, 12:3, 25:10, 25:12, 26:2, 26:4, 65:5
**trainings** [1] - 12:2
**transcribed** [1] - 72:6
**transmit** [1] - 65:11
**transmitting** [1] - 65:3
**TRAVIS** [1] - 1:17
**treat** [1] - 6:10
**trial** [1] - 6:11
**trick** [1] - 6:21
**tried** [1] - 27:25
**true** [1] - 72:6
**truth** [1] - 72:5
**try** [2] - 7:23, 54:5
**trying** [12] - 24:4, 27:2, 35:11, 44:12, 52:2, 62:6, 62:22, 63:4, 63:15, 63:21, 64:5, 68:13
**turning** [2] - 25:22, 26:9
**twice** [1] - 53:22
**two** [9] - 5:1, 7:2, 12:24, 17:20, 28:20, 32:5, 42:19, 53:24, 58:4
**type** [8] - 11:9, 11:11, 32:25, 33:6, 33:16, 33:19, 58:6, 58:9
**typed** [2] - 32:21, 34:1, 34:12
**typically** [4] - 16:2, 22:4, 36:7, 51:3
**typing** [1] - 33:24

## U

**um-hum** [3] - 11:1, 44:22, 58:18
**uncommon** [1] - 54:18
**under** [3] - 4:4, 6:9, 72:6
**understood** [4] - 9:9, 39:1, 45:7, 58:24
**UNITED** [1] - 1:1
**units** [1] - 19:7
**up** [26] - 11:4, 14:11, 15:17, 17:9, 18:4, 18:5, 19:10, 19:13, 26:12, 26:21, 27:12, 27:20, 28:3, 28:5, 32:15, 37:7, 37:19, 41:25, 43:6, 44:24, 50:5, 53:17, 55:25, 56:14, 58:25, 62:17
**upload** [1] - 37:4
**USA** [2] - 1:16, 2:15
**usual** [1] - 19:24
**UW** [1] - 5:14
**UW-L** [1] - 5:14

## V

**V-O-L-K** [1] - 5:24
**valve** [2] - 25:4, 27:2
**verbal** [1] - 7:12
**versa** [1] - 56:19
**versus** [1] - 70:15
**vice** [1] - 56:18
**video** [1] - 13:19
**view** [1] - 24:8
**volition** [1] - 36:13
**Volk** [8] - 5:11, 5:16, 5:18, 5:21, 6:4, 68:10, 68:14, 69:11
**vs** [2] - 1:7, 1:15

## W

**wait** [1] - 9:2
**walk** [13] - 4:14, 16:16, 16:22, 16:24, 16:25, 17:3, 17:6, 17:8, 47:16, 47:25, 48:9, 51:12, 70:17
**walking** [2] - 17:23, 47:17
**wall** [1] - 58:5
**wallet** [2] - 41:22, 61:23
**Warren** [10] - 2:12, 22:15, 23:20, 27:20, 28:4, 29:17, 38:17, 38:18, 42:12, 62:11
**WARREN** [1] - 1:9
**water** [3] - 10:11, 10:12
**weighed** [1] - 42:8
**WEIL** [19] - 2:2, 3:4, 4:5, 9:5, 12:8, 14:23, 15:4, 15:6, 37:17, 44:4, 53:13, 53:15, 54:8, 59:6, 63:13, 64:21, 70:22, 71:1, 71:5
**Weil** [1] - 4:9
**weird** [1] - 62:13
**Welch** [1] - 10:7
**well-being** [1] - 39:7
**Wells** [1] - 2:14
**WESLEY** [1] - 1:17
**Wesley** [1] - 2:16
**WESTERN** [1] - 1:2
**wheel** [1] - 27:3
**WHEREUPON** [1] - 4:1
**whole** [3] - 45:8, 56:20, 72:5
**wild** [1] - 40:17
**window** [1] - 33:23
**Winona** [4] - 4:18, 4:19, 4:25, 5:2
**WISCONSIN** [3] - 1:2, 1:9, 72:1
**Wisconsin** [7] - 1:23, 2:7, 2:11, 2:19, 72:4, 72:21
**WITNESS** [5] - 9:4, 12:7, 44:2, 70:24, 72:16
**witness** [3] - 1:20, 72:5, 72:7
**wondering** [1] - 62:22
**Word** [5] - 33:24, 36:10, 36:19, 36:23, 37:7
**wording** [1] - 23:12
**words** [3] - 51:18, 52:2, 67:16
**works** [2] - 31:1, 33:22
**wound** [1] - 20:15
**wounds** [1] - 20:24
**write** [5] - 35:9, 35:22, 36:5, 36:8, 36:14
**writes** [1] - 62:11
**writing** [3] - 12:9, 35:12, 36:15
**written** [2] - 35:19, 37:7
**wrote** [2] - 36:10, 38:6

## Y

**year** [8] - 4:20, 5:8, 5:17, 12:13, 12:14, 13:11, 42:7, 69:1
**yearly** [1] - 12:2
**years** [1] - 5:2

## Z

**Zoom** [3] - 2:15, 2:19, 13:16
**zoom** [1] - 13:13