UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**GREGORY BOYER**, as Administrator of the
Estate of Chrstine Boyer, and on his own behalf,

    Plaintiff,

v.                                            Lead Case No. 20-CV-1123

**ADVANCED CORRECTIONAL
HEALTHCARE, INC.**, *et al.*,

    Defendants.

---

**GREGORY BOYER**, as Administrator of the
Estate of Chrstine Boyer, and on his own behalf,

    Plaintiff,

v.                                            Case No. 22-CV-723

**USA MEDICAL & PSYCHOLOGICAL
STAFFING**, *et al.,*

    Defendants.

---

### DEFENDANTS ADVANCED CORRECTIONAL HEALTHCARE, INC., LISA PISNEY, AND AMBER FENNIGKOH'S MOTION TO EXTEND DEADLINES TO RESPOND TO PLAINTIFF'S RENEWED MOTION TO COMPEL DATED 5 SEPTEMBER 2023.

---

PLEASE TAKE NOTICE that defendants Advanced Correctional Healthcare, Inc., (ACH) Lisa Pisney, and Amber Fennigkoh (Responding Defendants), by and through their attorneys Leib Knott Gaynor LLC, respectfully move this court, the Honorable Stephen L. Crocker presiding, for an Order extending the deadline for defendants to file their brief in opposition to plaintiff's renewed motion to compel. Plaintiff does not oppose this motion. In support of this motion Responding Defendants state:

1. Plaintiff filed a renewed motion to compel on September 5, 2023. ECF 148. Responding Defendants' response is due September 19, 2023.

2. Beginning September 1, counsel for responding defendants has been heavily engaged in trial preparation for another matter, *Swayzer v Milwaukee County, et. al.* No. 16-cv-1703, scheduled for trial September 18, 2023 through September 22, 2023.

3. Counsel for Responding Defendants requires an extension of two weeks to resume work on the response and complete it due to other impending obligations such as trial. Counsel respectfully submits that a two-week extension will not impact the management or schedule of this case.

4. On September 14, 2023, counsel for Responding Defendants and plaintiff counsel met via telephonic conference to discuss the contents of plaintiff's renewed motion to compel.

5. During this conference, plaintiff's counsel agreed that he would not oppose this motion.

6. As a term precedent to agree not to oppose this motion, counsel for the parties have agreed to conduct a Rule 37 conference on September 28, 2023 to attempt to resolve the disputes in plaintiff's renewed motion to compel.

7. If a successful resolution is reached during the September 28, 2023 Rule 37 conference, plaintiff agrees to withdraw his renewed motion to compel. However, if a successful resolution has not been reached, parties agree that Responding Defendants shall submit their brief in opposition to plaintiff's renewed motion to compel no later than October 2, 2023.

8. The parties have also agreed to inform the court of the results of the September 28th Rule 37 conference regardless of the outcome.

**WHEREFORE**, Responding Defendants respectfully request that the Court extend the deadline to respond to plaintiff's renewed motion to compel from September 19, 2023 to October 2, 2023.

Dated this 18th day of September 2023.

                                                Respectfully submitted,

                                                **LEIB KNOTT GAYNOR LLC**

                                                By:*/s/ Daniel A. Kafka*
                                                      Douglas S. Knott, SBN 1001600
                                                      Daniel A. Kafka, SBN 1122144
                                                      Attorneys for the ACH, Lisa Pisney
                                                      and Amber Fennigkoh
                                                      219 N. Milwaukee Street, Suite 710
                                                      Milwaukee, WI 53202
                                                      Telephone: (414) 276-2102
                                                      Fax: (414) 276-2140
                                                      Email: dknott@lkglaw.net
                                                                  dkafka@lkglaw.net