| | |
|---|---|
| **Subject:** | Re: GB Subpoena (Boyer v. Ach) |
| **Date:** | Friday, November 8, 2024 at 10:19:34 AM Central Standard Time |
| **From:** | Maria Makar <makar@loevy.com> |
| **To:** | Douglas Knott <dknott@lkglaw.net> |
| **CC:** | John Casserly <jcasserly@goklawfirm.com>, Dalicia Ferguson <dferguson@goklawfirm.com>, Daniel Kafka <dkafka@lkglaw.net>, ajones@hansenreynolds.com <AJones@hansenreynolds.com>, Casi Mulenburg <cmulenburg@goklawfirm.com>, Jessie Barajas <jessie@loevy.com>, Christi Gagliano <cgagliano@lkglaw.net>, Lauren Hill <lhill@lkglaw.net> |
| **Attachments:** | image001.jpg, image002.png |

As discussed yesterday, the parties will jointly move to amend the scheduling order as outlined below. We will circulate a draft motion today. Thanks all.

- Plaintiff's supplemental Monell expert report now due November 26, 2024.
- Deposition of Jeff Keller by December 20.
- Defendant's expert disclosure now due January 24.

**EXHIBIT 2**