## Intake Medical Screening Report

Name: Christine Boyer   DOB: ███████
Race: W   Sex: F   Housing Location: _____
Screened by: #294   Date/Time: 12-21-19 2315
Reviewed by: _____ Date/Time: 12/23/19

If YES to any of the opinions, be as detailed as possible with any other information

PBT: 0.133   per: 294

1. Does the inmate's behavior suggest the probability of assault to staff/inmates?  Y /(N)
   Behaviors/remarks observed? Did the inmate say whom they would assault?
   _____

2. Are you sick or injured in any way?   (Y)/ N
   How and where: "some doctors say I have a year to live" "I have a lot of medical problems."

3. Are you or will you be experiencing alcohol or drug withdrawal?   Y /(N)
   Does the inmate appear to be under the influence of alcohol and/or drugs?   (Y)/ N
   Observed signs: PBT - odor of intoxicant

4. Have you ever been in a mental institution or had psychiatric care?   Y /(N)
   Where, When, Why, Who was the Doctor? _____

   Does the inmate's behavior suggest the probability of mental illness?   Y /(N)
   Observed behaviors: _____

5. Have you ever attempted or thought about suicide?   Y /(N)
   If yes, When, Where and How? _____

6. Are you considering suicide now?(If YES, complete Suicide Protocol Form)   Y /(N)
   a. Does the inmate seem depressed or express helplessness or depression?   Y /(N)
      Explain how: _____
   b. Does the inmate appear agitated, anxious or upset?   Y /(N)
      Observation: _____
   c. Are there any indications of self-mutilation or harm?   Y /(N)
      Scars/Locations etc: _____

**Officer may leave**

CONFIDENTIAL                                                                          MONROE_COUNTY_001091

7. Are you currently taking any prescription medications?   (Y)/ N
   If yes, when was last dose? What are the medications?
   What pharmacy do you use? (be city specific i.e. Walmart-Sparta)
   _took BP meds today._
   _The Medicine Shoppe - Tomah_

*Has some of meds*

8. Do you have your medications with you or do you have any one that can drop them off at the jail?   (Y)/ N
   Name: _____ Phone number: _____

9. Have you been hospitalized over night or had any surgeries in the last year?   Y /(N)
   If yes, when, where and why: _____

10. Do you have a primary doctor and/or clinic preference?   Y /(N)
    Who/Where: _Dr Froman_ _Gundersen Tomah_

11. Are you currently on a special diet prescribed by a doctor?   Y /(N)
    What kind of diet and who is the prescribing doctor? _"whatever I can keep down."_

12. Are you allergic to any food, medication or any substances?   Y /(N)
    _Cannot have peanuts or seeds due to bowel._

13. Do you abuse alcohol or drugs?   Y /(N)
    Which kind of alcohol or drugs? How often do you use them? _____

14. Do you have or are you being treated for – diabetes (Type I, Type 2), epilepsy, alcoholism, drug addiction, hepatitis, meningitis, gonorrhea, syphilis, herpes, pneumonia, ulcers, high blood pressure, asthma, HIV or pregnancy?   (Y)/ N

    a. Does the inmate show signs of skin abrasion, rash or disease?   Y /(N)
    List the location and signs: _____

    b. Are there any signs/symptoms of a contagious disease such as: Fever, Chills, Rash, Cough, Sore Throat, Weakness or Itching?   Y /(N)
    List all observed signs: _____

15. Do you have any physical handicaps, artificial limbs, false teeth, plates or contacts?   (Y)/ N
    What are you handicaps, limbs, etc.?
    _Doesn't have dentures with her._

16. Do you have a religious preference?    (Y)/N
    If yes, what? __Catholic__

17. Were you treated at a hospital before you arrived at jail?    Y /(N)
    If yes, what for? _____

18. Are you having any unusual family or job related problems?    Y /(N)
    What kind of problems? _____

19. Do you have a "No Contact" with anyone, including, other inmates?    Y /(N)
    Who? _____

20. Are you covered by any medical or dental insurance?    (Y)/N
    What type of insurance? __Blue Cross / Blue Shield__

21. Copies of the jail rules and procedures are available.
    Do you have any questions?    Y /(N)

**Notes:** _States she has multiple medical issues due to cancer, chemo/radiation. Also states she has congestive heart failure_

Inmate's signature: _Christie Bren_    Date: _____

Jailer's signature/Badge: _Sgt Danielle Walker #1294_    Date: _12-2_

Revised 08/08/2018

* medical call medicine shoppe Monday to get med list + get her records from hospital per Pisney

CONFIDENTIAL      MONROE_COUNTY_001093