UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**GREGORY BOYER**, as Administrator of the Estate of Chrstine Boyer, and on his own behalf,

    Plaintiff,

v.                                                                                                  Lead Case No. 20-CV-1123

**ADVANCED CORRECTIONAL HEALTHCARE, INC.,** *et al.*,

    Defendants.

---

**GREGORY BOYER**, as Administrator of the Estate of Chrstine Boyer, and on his own behalf,

    Plaintiff,

v.                                                                                                  Case No. 22-CV-723

**USA MEDICAL & PSYCHOLOGICAL STAFFING**, *et al.*,

    Defendants.

---

### DECLARATION OF SUSAN MINTER

---

I, Susan Minter declare as follows pursuant to 28 U.S.C § 1746:

    1.    That I am a licensed Nurse Practitioner with a doctorate in nursing practice.

    2.    I make this declaration based on personal knowledge of the facts attested to herein.

    3.    I am presently a Primary Care Nurse Practitioner at Pinellas County Detention Center with Naphcare. A true and complete copy of my current curriculum vitae is attached hereto as Exhibit 1.

4. I authored an expert report in this matter dated January 22, 2025. A true and complete copy of my report is attached as Exhibit 2.

5. If I am called to testify in this matter, I would do so consistent with the opinions expressed in my written report.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this  11  day of February, 2025.

/s/ *Susan Minter*

Susan Minter