

# ADVANCED PRACTICE NURSING WRITTEN COLLABORATIVE AGREEMENT

### Advanced Practice Nurse Information

Name:  Lisa Pisney

State Advanced Registered Nurse License Number OR State Advanced Practice Nurse License Number OR State Mid-Level Practitioner License Number OR Federal Mid-Level Practitioner License Number:

4043

Areas of Certification: 

Certifying Organization: 

Certification Expiration Date:            Certification Number: 

Practice Sites (facility name, city, state):     Monroe County Jail – Sparta, WI

Contact Number:     804-720-9492            Facsimile Number: 

Emergency Contact Number(s): 

Attach copies of Certification/Recertification, RN & APN License, Certificate of Insurance, Mid-Level Practitioner License

### Collaborating Physician Information

Name:  Travis Schamber, DO         , on behalf of Advanced Correctional Healthcare, Inc. (ACH)

License Number:     63495-21

Practice Area or Concentration: Internal Medicine

Board Certification (if any): 

Certifying Organization: 

Practice Sites (facility name, city, state): Several sites in WI including La Crosse County Jail – La Crosse, WI and Vernon County Jail – Viroqua, WI

Contact Number:     309-256-5132            Facsimile Number: 

Emergency Contact Number(s): 

**ACH 14010**

<u>Advanced Practice Nurse Collaborating Physician Working Relationship</u>

1. **SCOPE OF PRACTICE**. Under this agreement, the advanced practice nurse (hereinafter referred to as "APN") will work with the collaborating physician in an active practice to deliver healthcare services to the above-referenced practice sites. This includes, but is not limited to, the diagnosis, treatment, and management of acute and chronic health problems; ordering, interpreting, and performing laboratory and radiology tests; prescribing medications, including controlled substances, to the extent delegated; receiving and dispensing stock and sample medications; and performing other therapeutic or corrective measures as indicated. This written collaborative agreement will be reviewed and updated annually. A copy of this written collaborative agreement will remain on file at all sites where the APN renders service and will be provided to the appropriate licensing entity upon request.

2. **MEDICAL DIRECTION**. Physician medical direction will be adequate with respect to collaboration with Certified Nurse Practitioners, Certified Nurse Midwives, and Certified Clinical Nurse Specialists if a collaborating physician:

    a. participates in the joint formulation and joint approval of orders or guidelines with the APN and periodically reviews those orders and the services provided patients under those orders in accordance with accepted standards of medical practice and APN practice;

    b. is on site as required by state standards to provide medical direction and consultation; and

    c. is available through telecommunications for consultation on medical problems, complications, emergencies, or patient referral.

    The written collaborative agreement will be for services the collaborating physician generally provided to his or her patients in the normal course of clinical practice.

3. **COMMUNICATION, CONSULTATION, AND REFERRAL**. The APN will consult with the collaborating physician by telecommunication or in person as needed. In the absence of the designated collaborating physician, another physician will be available for consultation. The APN will inform the collaborating physician of all written collaborative agreements he or she has signed with other physicians, and provide a copy of these to any collaborating physician upon request.

4. **DELEGATION OF PRESCRIPTIVE AGREEMENT**. As the collaborating physician, any prescriptive authority delegated to the APN is set forth as follows: to administer, dispense and prescribe drugs within the APN's scope of practice and consistent with the APN's skill, training and competence. The foregoing delegation to the APN to prescribe drugs will include schedules III-V.

    NOTE: ADVANCED PRACTICE NURSE MAY ONLY PRESCRIBED CONTROLLED SUBSTANCES UPON RECEIPT OF A MID-LEVEL PRACTITIONER CONTROLLED SUBSTANCE LICENSE.

5. **LIABILITY.** It is understood and agreed that the APN and the collaborating physician will each remain legally responsible for his or her own practice and that neither assumes any legal responsibility or liability for any errors or omissions on the part of the other party.

6. **REVOCATION AND TERMINATION.** This agreement and the delegation of authority herein may be revoked at any time upon written notice from the collaborative physician to the APN. The APN may terminate this agreement at any time upon written notice to the collaborative physician at: ACH, 3922 W. Baring Trace, Peoria, IL 61615. Furthermore, this agreement and delegation of authority herein are automatically revoked upon either party's termination from ACH employment.

7. **WRITTEN PROTOCOLS**. The precise and detailed medical plan of care for each classification of disease or injury for which the Advanced Practice Registered Nurse is authorized to prescribe and shall specify all drugs which may be prescribed by the Advanced Practice Registered Nurse are contained within the Jail Illness Reports. These Illness Reports are available to both the Advanced Practice Registered Nurse and the collaborating physician at each site of practice at all times.

8. **AUTHORIZATION TO PRESCRIBE**. The Advanced Practice Registered Nurse is authorized by the collaborating physician to prescribe all legend drugs as identified in the Physician's Desk Reference as well as the drugs identified in the Jail Illness Reports. This includes authorization for controlled substances. Any drugs not identified in either the Physician's Desk Reference or Jail Illness Reports should be reviewed and approved by the collaborating physician. The Advanced Practice Registered Nurse shall refer any patient to the collaborating physician when Advanced Practice Registered Nurse's education, training, and level of skill are not adequate for the treatment of the patient. Controlled

**ACH 14011**

Substances or patients with chronic pain issues must be reviewed on a routine basis with the collaborative physician and routine may be decided by each physician.

WE THE UNDERSIGNED AGREE TO THE TERMS AND CONDITIONS OF THIS WRITTEN COLLABORATIVE AGREEMENT.

| | | |
|---|---|---|
| Sign your name<br>Collaborating Physician | Print your name | Date |
| Sign your name<br>Advanced Practice Nurse | Print your name | Date |

**ACH 14012**