UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**GREGORY BOYER**, as Administrator of the
Estate of Christine Boyer, and on his own behalf,

      Plaintiff,

v.                                               Lead Case No. 20-CV-1123

**ADVANCED CORRECTIONAL
HEALTHCARE, INC.**, *et al.*,

      Defendants.

---

**GREGORY BOYER**, as Administrator of the
Estate of Christine Boyer, and on his own behalf,

      Plaintiff,

v.                                               Case No. 22-CV-723

**USA MEDICAL & PSYCHOLOGICAL
STAFFING**, **S.C.,** *et al.,*

      Defendants.

---

### DEFENDANTS' RULE 26(a)(3) DISCLOSURES

Defendants Advanced Correctional Healthcare, Inc., USA Medical & Psychological Staffing, S.C., Lisa Pisney and Amber Fennigkoh submit the following disclosures pursuant to Fed. R. Civ. P. 26(a)(3).

### NAMES OF POTENTIAL WITNESSES
### (Rule 26(a)(3)(A)(i))

**Will Call**

1. Gregory Boyer

2. Amber Fennigkoh

3. Lisa Pisney

4. Vicki Riley

5. Danielle Warren Nelson

6. Shasta Parker Moga

7. Jeff Schwanz

8. Susan Minter

9. Kimberly Pearson

10. Murray Young

11. Matthew Wolff

12. Dr. Richard Erdman

**May Call**

13. Jaime Lynch

14. Jessica Young

15. Travis Schamber

16. Norman Johnson

17. Stan Hendrickson

18. Brooke Dempsey

19. Lucas Runice

20. Fritz Degner

21. Ryan Hallman

22. Jeffrey Spencer

23. Kyle Moga

24. Abi Chrudimsky

25. Jeffrey Keller

26. Suzanne Bentley

27. Homer Venters

28. Bruce Charash

29. Hershey Suri

Defendants also reserve the right to call any witness identified by plaintiff in his Rule 26(a)(3) disclosures.

### WITNESSES TO BE PRESENTED BY DEPOSITION
### (Rule 26(a)(3)(A)(ii))

30. Portions of Deposition of Dr. Richard Erdman (deposition transcript not completed; if schedule does not permit, live testimony)

31. Jaime Lynch (if testimony is relevant to a claim by plaintiff; designation dependent on issues and arguments of plaintiff)

### EXHIBITS
### (Rule 26(a)(3)(A)(iii))

**Will Introduce**

501. UW Health Autopsy Report (ACH 880-887)

502. Gundersen Health records (GHS 1-1589)

503. Tomah Health records (TH 1-390)

504. The Medicine Shoppe records (TMS 1-213)

505. Phillips Pharmacy records (PP 1-9)

506. Sparta Ambulance records (SA 1-11)

507. ACH, Monroe County Jail contract/agreements (Monroe_County 19-44)

508. 12/18/19 Travis Schamber email to Jessica Young (Monroe_County 15391)

509. Temporary Sunday Staffing letter/agreement (Monroe_County 45)

510. Monroe County Jail records (Monroe_County 50-110, 1088-1111)

511. Audio recording of phone call at 2338 on 12/21/19 from Christine Boyer to Greg Boyer (Monroe_County 593)

512. Transcript of phone call at 2338 on 12/21/19 from Christine Boyer to Greg Boyer (Monroe_County 593)

513. Audio recording of phone call at 2343 on 12/21/19 from Christine Boyer to Greg Boyer (Monroe_County 594)

514. Transcript of phone call at 2343 on 12/21/19 from Christine Boyer to Greg Boyer (Monroe_County 594)

515. Audio recording of phone call at 1715 on 12/22/19 from Christine Boyer to Greg Boyer (Monroe_County 595)

516. Transcript of phone call at 1715 on 12/22/19 from Christine Boyer to Greg Boyer (Monroe_County 595)

517. Audio recording of phone call at 1750 on 12/22/19 from Christine Boyer to Greg Boyer (Monroe_County 596)

518. Transcript of phone call at 1750 on 12/22/19 from Christine Boyer to Greg Boyer (Monroe_County 596)

519. Audio recording of phone call at 1756 on 12/22/19 from Christine Boyer to Greg Boyer (Monroe_County 597)

520. Transcript of phone call at 1756 on 12/22/19 from Christine Boyer to Greg Boyer (Monroe_County 597)

521. Audio recording of phone call at 1805 on 12/22/19 from Christine Boyer to Greg Boyer (Monroe_County 598)

522. Transcript of phone call at 1805 on 12/22/19 from Christine Boyer to Greg Boyer (Monroe_County 598)

523. ACH timesheet record for Amber Fennigkoh (ACH 13516)

524. 12/22/19 emails between Amber Fennigkoh and Vicki Riley (ACH 19149-19151)

525. Expert report of defendants' expert Kimberly Pearson, RN, CCHP

526. Expert report of defendants' expert Dr. Matthew Wolff

527. Expert report of defendants' expert Dr. Murray Young

528. Expert report of defendants' expert Susan Minter, DNP

529. Demonstrative Exhibit - Medication compliance chart drafted by Susan Minter (Minter Report, page 8)

530. Demonstrative Exhibit – Telemetry recording from Gundersen Hospital demonstrating torsade de pointes (Wolff report, page 9)

531. Demonstrative Exhibit – Figure regarding total body potassium deficit as related to serum potassium levels (Wolff report, page 10)

532. Gennari FJ, Hypokalemia. *NEJM,* 1998; 339(7): 451

533. Brown RS, Potassium homeostasis and clinical implications. *Am J Med;* 1984; 77(5) Suppl 1: 3.

534. Transcript of deposition taken in this matter of Suzanne Bentley

535. Transcript of deposition taken in this matter of Jeffrey Keller

536. Transcript of deposition taken in this matter of Homer Venters

537. Transcript of deposition taken in *Belcher v. Lopinto, et al.* of Homer Venters

538. Transcript of deposition taken in *Charleston v. Corizon Health, et al.* of Homer Venters

539. Transcript of deposition taken in *Fikes v. Abernathy, et al.* of Homer Venters

540. Transcript of deposition taken in *Hammonds v. Dekalb County, et al.* of Homer Venters

541. Transcript of deposition taken in *Serna v. San Diego, CA, et al.* of Homer Venters

542. Transcript of deposition excerpts taken in *Woodward v. Lopinto, et al.* of Homer Venters

543. Transcript of deposition excerpts taken in *Zavala v. City of Baton Rouge, et al.* of Homer Venters

**May Introduce**

544. 07/04/19 email from Amber Fennigkoh to Stan Hendrickson (Monroe_County 17959) (Deposition exhibit 70)

545. New Practitioner Orientation Agenda (ACH 18912-19147) (Deposition Exhibit 37)

546. 12/22/19 email from Shasta Parker to Amber Fennigkoh, Ryan Hallman (Monroe_County 5846)

547. Jeffrey Keller's Monroe County Medical Review Project (Excel file)

548. Transcript of deposition taken in this matter of Danielle Warren Nelson

549. Transcript of deposition taken in this matter of Shasta Parker Moga

550. Transcript of deposition taken in this matter of Amber Fennigkoh

551. Transcript of deposition taken in this matter of Lisa Pisney

552. Transcript of deposition taken in this matter of Travis Schamber

553. Transcript of deposition taken in this matter of Brooke Dempsey

554. Transcript of deposition taken in this matter of Ryan Hallman

555. Transcript of deposition taken in this matter of Kyle Moga

556. Transcript of deposition taken in this matter of Jeff Schwanz

557. Transcript of deposition taken in this matter of Stan Hendrickson

558. Transcript of deposition taken in this matter of Vicki Riley

559. Transcript of deposition taken in this matter of Greg Boyer

560. Transcript of deposition taken in this matter of Jaime Lynch

561. Transcript of deposition taken in this matter of Norman Johnson

562. Transcript of deposition taken in this matter of Jessica Young

563. Transcript of deposition taken in this matter of Bruce Charash

564. Transcript of deposition taken in this matter of Susan Minter

565. Transcript of deposition taken in this matter of Murray Young

566. Transcript of deposition taken in this matter of Matthew Wolff

567. Transcript of deposition taken in this matter of Rick Erdman

568. Transcript of deposition taken in this matter of Hershey Suri (to be completed)

Defendants also reserve the right to offer any exhibit identified by plaintiff in his Rule 26(a)(3) disclosures.

Dated in Milwaukee, Wisconsin, this 1st day August, 2025.

**LEIB KNOTT GAYNOR LLC**

By: */s/ Douglas S. Knott*
Douglas S. Knott, SBN 1001600
Daniel A. Kafka, SBN 1122144
Attorneys for Defendants
219 N. Milwaukee Street, Suite 710
Milwaukee, WI 53202
T: (414) 276-2102 | F: (414) 276-2140
Email: dknott@lkglaw.net
dkafka@lkglaw.net

6