UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**GREGORY BOYER**, as Administrator of the
Estate of Christine Boyer, and on his own behalf,

    Plaintiff,

v.                                                                                              Lead Case No. 20-CV-1123

**ADVANCED CORRECTIONAL
HEALTHCARE, INC.**, *et al.*,

    Defendants.

---

**GREGORY BOYER**, as Administrator of the
Estate of Christine Boyer, and on his own behalf,

    Plaintiff,

v.                                                                                              Case No. 22-CV-723

**USA MEDICAL & PSYCHOLOGICAL
STAFFING**, **S.C.**, *et al.*,

    Defendants.

---

### DEFENDANTS' PROPOSED SPECIAL VERDICT

---

Defendants Advanced Correctional Healthcare, Inc., USA Medical & Psychological Staffing, S.C., Lisa Pisney and Amber Fennigkoh, by and through their attorneys Leib Knott Gaynor LLC, submit the following Special Verdict Form to be used at trial.

Dated this 1st day of August, 2025.

                                                **LEIB KNOTT GAYNOR LLC**

                                        By: */s/ Douglas S. Knott*
                                              Douglas S. Knott, SBN 1001600
                                              Daniel A. Kafka, SBN 1122144

Attorneys for Defendants
219 N. Milwaukee Street, Suite 710
Milwaukee, WI 53202
Telephone: (414) 276-2102
Fax: (414) 276-2140
Email: dknott@lkglaw.net
        dkafka@lkglaw.net

## **SPECIAL VERDICT - LIABILITY**

We, the jury, unanimously find the following by a preponderance of the evidence:

**QUESTION NO. 1:** Was Amber Fennigkoh, R.N., negligent with regard to her care and treatment of Christine Boyer on December 22, 2019?

Yes _____ No _____

**If you answered Question No. 1 "Yes" then answer Question No. 2. Otherwise, proceed to answer Question No. 3.**

**QUESTION NO. 2:** Was Amber Fennigkoh's negligence a cause of injury to Christine Boyer?

Yes _____ No _____

**Answer this question regardless of how you have answered other questions.**

**QUESTION NO. 3:** Was Lisa Pisney, N.P., negligent with regard to her care and treatment of Christine Boyer on December 22, 2019?

Yes _____ No _____

**If you answered Question No. 3 "Yes" then answer Question No. 4. If you answered "No" to Question No. 3, please sign, date and return this verdict form.**

**QUESTION NO. 4:** Was Lisa Pisney's negligence a cause of injury to Christine Boyer?

Yes _____ No _____

**Answer the following questions only if you have answered "Yes" to Question No. 4. If you answered "No" to Question Nos. 3 or 4, please sign, date and return this verdict form.**

**QUESTION NO. 5:** Was Ms. Boyer at a high degree of risk of serious harm if she did not receive additional medical attention the afternoon and evening of Sunday, December 22, 2019?

Yes _____ No _____

**Answer this question regardless of how you answered Question No. 5.**

3

**QUESTION NO. 6:** Did Lisa Pisney fail to take reasonable available actions to provide Christine Boyer medical attention the afternoon and evening of Sunday, December 22, 2019?

Yes _____    No _____

**If you answered Question No. 6 "Yes" then answer Question No. 7. If you answered "No" to Question No. 6, please sign, date and return this verdict form.**

**QUESTION NO. 7:** Was Lisa Pisney's failure to take additional reasonable available actions unreasonable?

Yes _____    No _____

**If you answered Question No. 7 "Yes" then answer Question No. 8. If you answered "No" to Question No. 7, please sign, date and return this verdict form.**

**QUESTION NO. 8:** Was Lisa Pisney's unreasonable failure to take additional available actions a cause of additional injury to Christine Boyer?

Yes _____    No _____

**Regardless of how you answered prior questions, please sign, date and return this verdict form.**

SO SAY WE ALL, this \_\_\_ day of October, 2025.

_____
Foreperson

4

## **SPECIAL VERDICT - DAMAGES**

We, the jury, unanimously find the following by a preponderance of the evidence:

**QUESTION NO. 1:**  Please state the amount that will fairly compensate Christine Boyer for conscious pain and suffering experienced as a result of any act or omission of [Amber Fennigkoh or Lisa Pisney]?

Yes _____   No _____

[To be answered only if the jury finds Pisney or Fennigkoh negligent.]

**QUESTION NO. 2:**  Please state the amount that will fairly compensate Gregory Boyer for his loss of society and companionship of Christine Boyer?

Yes _____   No _____

**SO SAY WE ALL, this ___ day of October, 2025.**

_____
Foreperson