UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**GREGORY BOYER**, as Administrator of the
Estate of Christine Boyer, and on his own behalf,

    Plaintiff,

v.                                                       Lead Case No. 20-CV-1123

**ADVANCED CORRECTIONAL
HEALTHCARE, INC.**, *et al.*,

    Defendants.

---

**GREGORY BOYER**, as Administrator of the
Estate of Christine Boyer, and on his own behalf,

    Plaintiff,

v.                                                       Case No. 22-CV-723

**USA MEDICAL & PSYCHOLOGICAL
STAFFING**, S.C.

    Defendants.

---

### DEFENDANTS' MOTION TO MOVE TRIAL LOCATION TO EAU CLAIRE

Defendants Advanced Correctional Healthcare, Inc., USA Medical & Psychological Staffing, S.C., Lisa Pisney and Amber Fennigkoh respectively move the Court for an order moving the trial of this matter from the federal courthouse located in Madison to the federal courthouse located at 500 South Barstow Street in Eau Claire.

The grounds for this motion are as follows:

1. The first final pretrial conference in this matter is scheduled for 2:30 PM on September 10, 2025, before the Honorable James D. Peterson, with the second final pretrial scheduled for 3:30 PM on September 17, 2025. ECF 198, 2.

2. As the Court is aware, the events giving rise to this action occurred at the Monroe County Jail, which is located in the city of Sparta, Monroe County, Wisconsin. ECF 161 ¶¶ 1, 4-15. Sparta is the county seat of Monroe County, located approximately 77.5 miles from Eau Claire and 116 miles from Madison.

3. The parties and potential fact witnesses identified by the parties in their pre-trial submissions to date all live or work in Monroe County or in the vicinity of Eau Claire. Amber Fennigkoh, Vicki Riley, and Abi Chrudimsky live and work in Monroe County, as do the other current or former members of the Monroe County Sheriff's Office identified by the parties as potential trial witnesses (*see* ECF Nos. 257-16, 257-17, and 198) (identifying current or former Monroe County Sheriff's Office employees Stan Hendrickson, Danielle Warren and Shasta Parker as potential trial witnesses)).

4. Upon information and belief, plaintiff, Gregory Boyer, lives in Tomah, Wisconsin, which is 80.6 miles from Eau Claire and 100.5 miles from Madison. (ECF No. 161, ¶ 14). The other potential fact witnesses identified by the parties in their pre-trial submissions to date who were present at the scene of events at issue in Sparta, are believed to live in or near Monroe County.

5. The expert witnesses identified by the parties include three treating physicians Dr. Richard Erdman, Dr. Faraaz Zafar and Dr. Jasmine Hudnall, all of whom work for Tomah Family Medicine or Gundersen Health System in Tomah and La Crosse (*see* ECF No. 237-16 at 2-3), and two retained experts who live and work in New York, New York and the others in Mesquite, Nevada, Scottsdale, Arizona, Brooksville, Florida and Madison, Wisconsin. (ECF 256-59.)

6. The federal courthouse located in Eau Claire is significantly closer to the location of both parties and a majority of the trial witnesses (other than the six retained standard of care experts) than the federal courthouse located in Madison. As such, Defendants respectfully submit that holding the trial of this action at the federal courthouse in Eau Claire would be more convenient for the parties and witnesses.

7. For these reasons, and because the trial date has been set for September 29, 2025, Defendants respectfully submit that circumstances would permit the parties and the court to make any arrangements necessary for moving the trial from Madison to Eau Claire without any disruption to the trial schedule.

8. As a result, Defendants respectfully request that this Court grant their request and enter an order that the trial in this action be held at the federal courthouse located at 500 South Barstow Street in Eau Claire. Defendants do not intend to submit a separate memorandum of law in support of this motion.

Dated this 1st day of August, 2025.

**LEIB KNOTT GAYNOR LLC**

By: */s/ Douglas S. Knott*
Douglas S. Knott, SBN 1001600
Daniel A. Kafka, SBN 1122144
Attorneys for Defendants
219 N. Milwaukee Street, Suite 710
Milwaukee, WI 53202
Telephone: (414) 276-2102
Fax: (414) 276-2140
Email: dknott@lkglaw.net
dkafka@lkglaw.net